# United States District Court

__Southern__ DISTRICT OF __Florida__

UNITED STATES OF AMERICA
V.

**ALIPIO HERRERA**

**WARRANT FOR ARREST**

CASE NUMBER **00-4060**

MAGISTRATE JUDGE
SNOW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __ALIPIO HERRERA__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
**ARMED ROBBERY**

in violation of Title __18__ United States Code, Section(s) __371, 1951(a)de Section__

| | |
|---|---|
| **Clarence Maddox** | **Clerk of the Court** |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | 23 March 2000  Ft Lauderdale, Florida |
| Signature of Issuing officer | Date and Location |
| Bail fixed at $ __Pre-Trial Detention Requested__ | by [signature] Chief Magistrate Judge Lurana S. Snow |
| | Name of Judicial Officer |

| **RETURN** |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

3

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: __ALIPIO HERRERA__

ALIAS: _____

LAST KNOWN RESIDENCE: ___119 Santillane #6, Coral Gables, Florida___

LAST KNOWN EMPLOYMENT: _____Unknown_____

PLACE OF BIRTH: ___Cuba___

DATE OF BIRTH: ___11-25-1963___

SOCIAL SECURITY NUMBER: ___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___

HEIGHT: ___6'0"___   WEIGHT: ___280___

SEX: __Female__   RACE: ___White___

HAIR: ___Black___   EYES: ___Brown___

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: ___Federal Bureau of Investigation, 16320 NW 2nd Ave. N. Miami Beach, Florida___