## COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE

DEFT: ALIPIO HERRERA (detainer)    CASE NO:   00-4060-SNOW

AUSA: TERESA VAN VLIET /pres/       ATTY:

AGENT: FBI                          VIOL: 18:371; 1951(a)

PROCEEDING I/A ON COMPLAINT         RECOMMENDED BOND PTD   100,000 CSB

BOND HEARING HELD - yes/no          COUNSEL APPOINTED

____ BOND SET @  100,000 CSB

____ SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS____ x's a wk/month by phone; ____ x's a wk/month in person

3) Travel extended to:

_Advised of Charges - Russell Williams retd_
_(954) 525-2889_

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:  4-5  //  LSSW

                         BOND HRG:                     BSS

                         PRELIM/ARRAIGN:  4-14  //   BSS

                         REMOVAL HRG:

                         STATUS CONF:

Date: 4/4/00   Time 11:00   FTL/LSS  TAPE #00- 019   Begin: 1094  End:

1/5