# United States District Court

__Southern__ DISTRICT OF __Florida__    462354

UNITED STATES OF AMERICA

V.

**ALIPIO HERRERA**

**WARRANT FOR ARREST**

CASE NUMBER **00-4060**

MAGISTRATE JUDGE
SNOW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __**ALIPIO HERRERA**__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
**ARMED ROBBERY**

in violation of Title __18__ United States Code, Section(s) __371, 1951(a)de Section__

Clarence Maddox                                 Clerk of the Court
Name of Issuing Officer                          Title of Issuing Officer

/s/ signature                                    23 March 2000  Ft Lauderdale, Florida
Signature of Issuing officer                     Date and Location

Bail fixed at $ __Pre-Trial Detention Requested__   by /s/ Chief Magistrate Judge Lurana S. Snow
                                                     Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at Ft. Lauderdale, FL |

| DATE RECEIVED 3/23/2000 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4/4/2000 | FOR: FBI | Fred Depompa, SDUSM |

