## COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: ALIPIO HERRERA (J)          CASE NO: 00-4060-SNOW
AUSA: TERESA VAN VLIET /Key/      ATTY: RUSSELL WILLIAMS — ples
AGENT: _____           VIOL: _____ /temp/
PROCEEDING BOND HEARING           RECOMMENDED BOND _____
BOND HEARING HELD - yes/(no) Stip     COUNSEL APPOINTED _____
      BOND SET @ 75,000  10%  /  100,000  FILED by ___ D.C.
      SPECIAL CONDITIONS:                         APR -7 2000
1) To be cosigned by: mother + father in law   CLARENCE MADDOX / CLERK U.S. DIST / S.D. OF FL - FT. LAUD
2) Rpt to PTS  2  x's a (wk)/month by phone;  /  x's a wk/month in person
3) Travel extended to: _____
4) surrender passport
5) No firearms

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL:  4-17  //  BSS ✓
                        PTD/BOND HRG:  ≠ u-set
                        PRELIM/ARRAIGN:  4-27  //  LSS
                        REMOVAL HRG: _____
                        STATUS CONF: _____

Date: 4/7/00   Time 9:30   FTL/LSS TAPE #00- 020   Begin: 3437  End: 338
                                    + 021