COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: ALIPIO HERRERA (J)  CASE NO: 00-4060-SNOW
AUSA: TERESA VAN VLIET /Kay  ATTY: RUSSELL WILLIAMS (temp)
AGENT: _____  VIOL: _____
PROCEEDING INQ RE CNS./POSSIBLE BOND HEARING
BOND HEARING HELD - yes/no      COUNSEL APPOINTED _____
___ BOND SET @ _____
___ SPECIAL CONDITIONS: _____
1) To be cosigned by: _____
2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person
3) Travel extended to: _____

Russell Williams appeared
as temporary Counsel

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL:
                        PTD/BOND HRG:  4-7  9:30  Snow
                        PRELIM/ARRAIGN:
                        REMOVAL HRG:
                        STATUS CONF:

Date: 4/5/00   Time 11:00   FTL/LSS TAPE #00- 020   Begin: 1551   End: 1644