COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER – FORT LAUDERDALE

-cr-06137-WPD    Document 28    Entered on FLSD Docket 04/17/2000

| | | | |
|---|---|---|---|
| DEFT: | Alipio Herrera (ß) | CASE NO: | 00-4060-Snow |
| AUSA: | Teresa Van Vliet / Rosenbaum | ATTNY: | Russell Williams (temp) |
| AGENT: | | VIOL: | will not represent |
| PROCEEDING: | Inquiry re 'Counsel | BOND REC: | |

BOND HEARING HELD – yes/no    COUNSEL APPOINTED: CJA – David Vinikoor

BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

FILED by ___ D.C.
APR 1 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/ travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
   ___ Electronic Monitoring

√ Sworn for Counsel
Partially Indigent –
√ – to put $250
into Reg. of Ct.
w/ 60 days

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. XXX REMOVAL:    4-27-00    11:00am    Snow
STATUS CONFERENCE res partially indigent    6-16-00    11:00    BSS

DATE: 4-17-00    TIME: 11:00am    TAPE # 00-629  PG # 868 – 972