UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-4060-Snow

UNITED STATES OF AMERICA

v.

ALIPIO HERRERA

## WAIVER OF TIMELY PRELIMINARY EXAMINATION

The defendant having been advised of the right to a preliminary hearing or examination as to the probable cause, and the defendant having refused and waived a timely preliminary examination,

The defendant now signs this Waiver of Timely Preliminary Examination.

DATED: 4/27/00

_____
Defendant

## MAGISTRATE'S CERTIFICATE

The U. S. Magistrate Judge certifies that the defendant, after being advised of the right to a preliminary examination within 20 days from the defendant's initial appearance has stated he refused and waived such timely preliminary examination and signed the foregoing Waiver of Timely Preliminary Examination.

IT IS ORDERED that a preliminary examination in the above-entitled matter is refused and waived, and the defendant is bound over for proceedings in the U. S. District Court until 5-11-00 @ 11 am before ASS.

DATED: 4/27/00

_____
LURANA S. SNOW
CHIEF UNITED STATES MAGISTRATE JUDGE

[FILED by APR 27 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]