COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: ALIPIO HERRERA (B) CASE NO: 00-4060-SNOW

AUSA: TERESA VAN VLIET / McAdams ATTY: RUSSELL WILLIAMS David Tolces

AGENT: VIOL:

PROCEEDING ARRAIGNMENT RECOMMENDED BOND

BOND HEARING HELD - yes/no COUNSEL APPOINTED

FILED by D.C.
APR 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

BOND SET @

SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS x's a wk/month by phone; x's a wk/month in person

3) Travel extended to:

Waiver of timely prelim executed

NEXT COURT APPEARANCE: INQUIRY RE COUNSEL:

PTD/BOND HRG:

PRELIM/ARRAIGN: 5-11 11 BSS

REMOVAL HRG:

STATUS CONF:

Date: 4-27-00 Time 11:00 FTL/LSS TAPE #00- 027 Begin: 604 End: 700

