| | | | |
|---|---|---|---|
| DEFT: | Alipio Herrera (B) | CASE NO: | 00-4060-Snow |
| AUSA: | Theresa Van Vleit *Kaplan* | ATTNY: | David Tarlow |
| AGENT: | | VIOL: | |
| PROCEEDING: | Prelim/Arraignment | BOND REC: | Standing |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: _____

____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED BY ___ D.C.
MAY 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
(2) Halfway House
    Electronic Monitoring

Waives timely prelim/
arraignment
matter reset

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN OR REMOVAL: | 5-25-00 | 9:30am | Snow |
| STATUS CONFERENCE: | | | |

DATE: 5-11-00    TIME: 11:00am    TAPE # 00-035    PG # 4
676-850