## COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: ALIPIO HERRERA (B)            CASE NO: 00-6137-CR-DIMITROULEAS
AUSA: THERESA VAN VLIET /Rosenthal/ ATTY: DAVID TARLOW - John Adkin
AGENT:_____       VIOL:_____ stand in
PROCEEDING ARRAIGNMENT               RECOMMENDED BOND
BOND HEARING HELD - yes/no           COUNSEL APPOINTED

_____ BOND SET @

_____ SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS _____ x's a wk/month by phone;   x's a wk/month in person

3) Travel extended to:

FILED by ___ D.C.
MAY 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:
                         PTD/BOND HRG:
                         PRELIM/ARRAIGN:
                         REMOVAL HRG:
                         STATUS CONF:   JUNE 9        11    SELTZER

Date: 5-25-00   Time 9:30   FTL/LSS TAPE #00- 028   Begin: 7/   End: 138