UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6137-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs

ALIPIO HERRERA

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on MAY 25, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:         Address: __ON BOND FORM__

                   Telephone:_____

DEFENSE COUNSEL:   Name:_____DAVID TARLOW, ESQ._____

                   Address:_____

                   Telephone:_____

BOND SET/CONTINUED:    $____CON'T AS SET_____

Bond hearing held: yes_____ no____ Bond hearing set for_____

Dated this __25TH__ day of __MAY_____,2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Jenny Butler_
    Deputy Clerk

Tape No. ___00-026___

cc: Copy for Judge
    U. S. Attorney

