DEFT: Alipio Herrerra (3)     CASE NO: 00-6137-CR-Dimtrouleas

AUSA: Theresa Van Vliet by Lynn Rosenthal  ATTNY: David Tarlow

AGENT: _____     VIOL: _____

PROCEEDING: Status Conference ← BOND REC: _____

status re partial indigence

BOND HEARING HELD - yes/no     COUNSEL APPOINTED: _____

_____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by ___ D.C.

JUN 9 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
(2) _____ Halfway House
    _____ Electronic Monitoring

*Parties will meet to discuss discovery. 3 day Trial.*

*Case taken off from next weeks Calendar.*

NEXT COURT APPEARANCE:     DATE:     TIME:     JUDGE:

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGN. OR REMOVAL: _____

STATUS CONFERENCE: _____

DATE: 6-9-00     TIME: 11:00am     TAPE # 00-047     PG #