**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6137-CR-DIMITROULEAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) |
| ALIPIO HERRRERA et. al. | ) |
| Defendant. | ) |

## DEFENDANT'S EX-PARTE MOTION TO EXCEED CJA VOUCHER COSTS

Defendant, Alipio Herrera, by and through undersigned counsel, pursuant to the Criminal Justice Act, respectfully requests this Court enter an Order allowing undersigned counsel to exceed the $300 investigative cap for a total of $750.00. As grounds, the following is submitted:

1. Undersigned counsel is CJA appointed in this case.
2. This case involves a confidential informant with a substantial criminal history as well as civilian witnesses who have material knowledge to the allegations of this case.
3. To properly prepare this case for trial, undersigned counsel needs the assistance of his investigator to interview witnesses and conduct background investigations.
4. The Criminal Justice Act requires judicial approval before services can be requested.

**WHEREFORE**, undersigned counsel, pursuant to the Criminal Justice Act, respectfully requests this Court enter an Order allowing undersigned counsel to exceed the $300 investigative cap.

Respectfully submitted by:

> Spencer & Klein, P.A.
> 801 Brickell Avenue, Ste. 1901
> Miami, Florida 33131
> Tel: (305) 374-7700
>
> By: _____
> David M. Tarlow
> Fla. Bar #893684

SPENCER & KLEIN
PROFESSIONAL ASSOCIATION