**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No. 00-6137-CR-DIMITROULEAS**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) |
| ALIPIO HERRRERA et. al. | ) |
| Defendant. | ) |

## ORDER ON EX-PARTE MOTION TO EXCEED CJA VOUCHER COSTS

THIS CAUSE having come before the Court on Defendant's Ex-Parte Motion to Exceed CJA

Costs and the Court having been otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    The Motion is **Granted.** Investigative fees are granted in the amount of $750.00

**DONE AND ORDERED** this / 2 day of June. 2000. in Broward County. Florida

District Court Judge

CC: DAVID TAILOR

