**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No. 00-6137-CR-DIMITROULEAS**

UNITED STATES OF AMERICA )
                                              )
      **Plaintiff,**                         )
                                              )
v.                                            )
                                              )
ALIPIO HERRERA  et. al.                       )
                                              )
      **Defendant.**                       )

## AGREED MOTION TO CONTINUE TRIAL DATE

Defendant, *Alipio Herrera*, by and through undersigned counsel, with the agreement of the United States, respectfully requests this Court grant an Order continuing the trial period commencing during the two week period of June 26, 2000. As grounds for this Motion, the following is submitted:

1.  As of the date of filing this Motion, undersigned counsel has not yet received the bulk of discovery. Specifically, the only discovery that defendant currently possess' is copies of audio tapes[1].

2.  Prior to the status conference of last Friday, undersigned counsel and counsel for the government have spoken about coordinating the delivery of the remaining discovery.

3.  This continuance is sought in good faith and not for the purpose of bad faith delay.

4.  Pursuant to Local Rule 88.9 (A), undersigned counsel has contacted Teresa Van Vliet who has stated that she has no objection to the request for continuance.

---

    [1] Upon information and belief, all other defense counsel in this case are in the same situation as the undersigned.



SPENCER & KLEIN
PROFESSIONAL ASSOCIATION

**WHEREFORE**. Defendant. *Alipio Herrera*, by and through undersigned counsel, with the agreement of the United States, respectfully requests this Court grant an Order continuing the trial period, commencing June 26, 2000.

SPENCER & KLEIN. P.A.
Attorneys for Defendant
801 Brickell Avenue
Suite 1901
Miami, Florida 33131
(305) 374-7700

By:

David M. Tarlow
Fla. Bar #893684

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via U.S. mail to Teresa Van Vliet, Assistant United States Attorney, 500 E. Broward Blvd., Ft. Lauderdale, Fl. 33394, Michael Gottlieb,1311 S.E. 2nd Avenue, Fort Lauderdale, Fl. 33316, and Robert Berube, Asst. Federal Public Defender, 101 NE 3rd Avenue, Ste. #202, Fort Lauderdale, Fl. 33301-1100 this 13th day of June, 2000.

SPENCER & KLEIN, P.A.
Attorneys for Defendant
801 Brickell Avenue
Suite 1901
Miami, Florida 33131
(305) 374-7700

By:
David M. Tarlow
Fla. Bar #893684