TVV.am

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6137-CR-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA

- vs -

ALIPIO HERRERA, et al., _____/

### GOVERNMENT'S WITNESS LIST

1. Arturo Abascal
2. William Poroso
3. Giovanni Barone
4. Special Agent Antonio Pineda
5. Special Agent Linda Dees
6. Special Agent Floy Turner

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
THERESA M.B. VAN VLIET
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 374040
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, Fl 33394
Telephone: (954) 356-7255, Ext. 3557
Facsimile: (954) 356-7336
E-mail: Theresa.Van.Vliet2@usdoj.gov



CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed/hand delivered this 5th day of July, 2000 to David Tarlow, Esq., 801 Brickell Avenue, Suite 1901, Miami, FL 33131, and John H. Adair, Esq., 1119 SE Third Avenue, Ft. Lauderdale, FL 33316.

THERESA M.B. VAN VLIET
ASSISTANT UNITED STATES ATTORNEY