UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED
JUL 14 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALIPIO HERRERA, et al,

    Defendants.
_____/

CASE NO: 00-6137-CR-DIMITROULEAS

MOTION FOR PROTECTIVE ORDER

    COMES NOW the witness, ARTURO LUIS ABASCAL, by and through the undersigned counsel, and moves this Honorable Court for a protective order regarding a subpoena directed to counsel for the witness to produce certain portions of his unrelated criminal case defense file in the above styled cause and as grounds therefore would state the following:

    1. The trial in the above styled cause is currently scheduled for July 17, 2000 in the United States District Court for the Southern District of Florida.

    2. The undersigned is counsel for Arturo Luis Abascal who is scheduled to testify for the government in the above styled case. Mr. Abascal was recently sentenced in his own pending criminal case styled <u>United States of America vs. Arturo Luis Abascal</u>, et. al., 98-739-CR-UNGARO-BENAGES. Late in the afternoon on Friday, July 14, 2000, the undersigned counsel for Arturo Luis Abascal was served with a subpoena for certain portions of his criminal case defense file by David M. Tarlow, Esq., attorney for Alipio Herrera. Said subpoena is improper, unethical, and seeks matters subject to attorney-client protections as well as attorney work product privileges between Arturo Luis Abascal and his counsel, Simon T. Steckel, Esq. Further, said subpoena seeks to circumvent the requirements of this district's Standing Discovery



Order by requiring from defense counsel copies of pleadings and/or correspondence which should be requested from the government in the course of discovery and trial preparation. As the undersigned is not a party to the above styled matter, I have no knowledge as to what discovery has been provided by the government in this cause relevant to the witness, Arturo Luis Abascal. However, should the government have any objection to the disclosure of matters relevant to the witness' cooperation, they are the party to make said objection pursuant to the defendant's demands consistent with the standing discovery order and/or pre-trial motion practice. Counsel for the witness' criminal defense file is not discoverable and is not a back door for the defendant's inability to properly petition this Honorable Court for discovery from the government nor is it subject to a fishing expedition by counsel for the accused. Hence, the undersigned would respectfully request a protective Order from this Honorable Court relevant to the witness' criminal defense file in another unrelated case.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULES

The undersigned hereby certifies that upon receipt of the instant subpoena he immediately attempted to contact David M. Tarlow, counsel for the defendant, as stated on the face of the subpoena. Further, the undersigned also advised the process server, Jose Trujillo, to notify David Tarlow to contact the undersigned immediately. However, despite the above, the undersigned has not even received the courtesy of a telephone call back from counsel for the defendant, David Tarlow, regarding the instant subpoena.

WHEREFORE, the undersigned would respectfully request that

this Honorable Court grant the witness, Arturo Luis Abascal, a Motion for a Protective Order regarding the instant subpoena.

Respectfully submitted,

LAW OFFICES
SIMON T. STECKEL
701 Brickell Avenue
Suite 3260
Miami, Florida 33131
Tel. (305) 373-1900

By: _____
    SIMON T. STECKEL

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded to the Office of the United States Attorney, 500 East Broward Boulevard, Fort Lauderdale, Florida and David M. Tarlow, Esq., 801 Brickell Ave, #1901, Miami, Florida 33131 this _17_ day of July, 2000.

By: _____
    SIMON T. STECKEL

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

V.

ALIPIO HERRERA, et. al.

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER 00-6137-CR-Dimitrouleas

TO: Simon Toby Steckel
701 Brickell Ave.
Suite 3260
Miami, FL 33131-2847

PLEASE CONTACT DAVID M. TARLOW
@ (305) 374-7700 upon receipt
of this subpoena. Thank you.

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| U.S. DISTRICT COURT<br>299 E. Broward Blvd.<br>Ft. Lauderdale, FL 33301 | Judge Dimitrouleas<br>Room 203 |
| | DATE AND TIME<br>2 week trial period commenc<br>Monday, 07-17-00 @ 9:00 A.M |

[X] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

ANY AND ALL proffers, papers, pleadings, documents, letters, writings or other correspondence evidencing discussions and/or communications between Arturo Luis Abascal and/or his agents, and the U.S. Attorney's office and/or their agents concerning or referencing Mr. Abascal's proposed cooperation and/or substantial assistance.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| *[signature]*<br>(BY) DEPUTY CLERK | |

ATTORNEY'S NAME ADDRESS AND PHONE NUMBER

David M. Tarlow, Esq., 801 Brickell Ave., #1901, Miami, FL 33131 (305)374-77