UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CASE NO: 00-6137-CR-DIMITROULEAS

ORDER GRANTING
MOTION FOR PROTECTIVE ORDER

ALIPIO HERRERA, et al,

    Defendants.
_____/

THIS CAUSE having come on before this Honorable Court upon the witness, Arturo Luis Abascal, Motion for Protective Order and the Court having heard argument of counsel and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the witness' Motion is granted, and

ORDERED AND ADJUDGED that counsel for the witness, Arturo Luis Abascal, shall be protected from turning over any portion of his criminal case defense file related to said witness in Case No.: 98-739-CR-UNGARO-BENAGES to counsel for the defendant, David M. Tarlow, unless and until further Order of this Court.

DONE AND ORDERED in Fort Lauderdale, Florida this 17 day of July, 2000.

UNITED STATES DISTRICT JUDGE
WILLIAM DIMITROULEAS

cc: AUSA Teresa Van Vliet
    Simon T. Steckel, Esq.
    David M. Tarlow, Esq.

