## CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6137-Cr-WPD  DATE: 7/18/00

COURTROOM CLERK: Deloris McIntosh   COURT REPORTER: ~~Bob Ryckoff~~ Anita LaRocca

PROBATION: _____  INTERPRETER: _____

UNITED STATES OF AMERICA  VS.  Alipio Herrera (B)

U.S. ATTORNEY: Theresa Van Vliet   DEFT. COUNSEL: David Tarlow

REASON FOR HEARING: Jury Trial - Day 2

RESULT OF HEARING: _____

JUDGMENT: _____

CASE CONTINUED TO: 7/19/00   TIME: 9:00   FOR: Jury Trial

MISC: _____

