

# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: $00$-$6137$-$CR$-$WPD$  DATE: $7/19/00$

COURTROOM CLERK: Deloris McIntosh    COURT REPORTER: ~~Bob Ryckoff~~ Anita LaRocca

PROBATION: _____  INTERPRETER: _____

UNITED STATES OF AMERICA   VS.  Alipio Herrera

U.S. ATTORNEY: Theresa Van Vliet   DEFT. COUNSEL: David Tarlow

REASON FOR HEARING: Jury Trial - Day 3

RESULT OF HEARING: _____

JUDGMENT: _____

CASE CONTINUED TO: $7/20/00$   TIME: $9:30$   FOR: Jury Trial

MISC: _____