# CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### **HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6137-CR-WPD   DATE: 7/20/00

COURTROOM CLERK: D. McIntosh   COURT REPORTER: Anita LaRocca

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   vs.   Alipio Herrera

U.S. ATTORNEY: Theresa Van Vliet   DEFT. COUNSEL: David Tarlow

REASON FOR HEARING: Jury Trial - Day 4

RESULT OF HEARING: Closing Arguments / Jury Deliberation

JUDGMENT: _____

CASE CONTINUED TO: 9/29/00   TIME: 11:00   FOR: Sentencing

MISC: _____

