UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 00-6137-CR-DIMITROULEAS

    Plaintiff,
vs.    **VERDICT**

ALIPIO HERRERA,

    Defendant.
_____/

WE, THE JURY, FIND: the Defendant, ALIPIO HERRERA,

As to Count I    _Guilty_
                GUILTY/NOT GUILTY

As to Count II    _Guilty_
                GUILTY/NOT GUILTY

as charged in the Indictment.

So say we all.

_Cheryl Landers_    _July 20, 2000_
FOREPERSON    DATE