# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

USA
Plaintiff(s)

Case No. 00-6137-CR-WPD

vs.

Alipio Herrera
Defendant(s)

### RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
  Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
  Item Nos. _____

☐ Stored by Records Section in:    ❏ Miami    ❏ Ft. Lauderdale    ❏ West Palm Beach
  Item Nos. _____

☐ Other (Explain): _____

_____

_____

☐ Attachments
(Exhibit List, Order of Court)

SIGNATURE: _David Tarlow_
PRINT NAME: DAV. D TARLOW
AGENCY OF FIRM: _____
ADDRESS: _____

EXHIBITS RELEASED
BY: _Delors M____
(Deputy Clerk)

TELEPHONE: _____
DATE: _____

ORIGINAL-Court File
cc:  Records Section
   Courtroom Deputy
   Counsel of Record