# United States District Court

DISTRICT OF **Southern** **Florida**

USA v. Alipio Herrera

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00-6137-CR-WPD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William P. Dimitrouleas | Theresa Van Vliet | David Tarlow |
| TRIAL DATE(S) 7/17, 7/18, 7/19, 7/20 | COURT REPORTER Anita LaRocca | COURTROOM DEPUTY Deloris McIntosh |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 7/17/00 | | | Agent Linda Dees |
| ✓ | | 7/17/00 | | | Agent Antonio Pineda |
| ✓ | | 7/18/00 | | | Arturo Abascal |
| ✓ | | 7/18/00 | | | Giovanni Barone |
| ✓ | | 7/18/00 | | | William Piroso |
| ~~✓~~ | | ~~7/18/00~~ | | | ~~Lidia Herr~~ |
| ✓ | | 7/19/00 | | | Agent Antonio Pineda |
| | | | | | (see attached exhibit list) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of 1 Pages