# UNITED STATES EXHIBIT LIST

UNITED STATES v. Herrera and Vega  
CASE NO. 00-6137-CR-DIMITROULEAS  
ASSISTANT UNITED STATES ATTORNEY Van Vliet  
PAGE 1 OF

| EXHIBIT | DESCRIPTION | WITNESSES | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 1 | Tape - 2/29/00 5:00 p.m. phone call | S/A Dees/Pineda | 7/17/00 | 7/17/00 |
| 1A | Transcript 2/29/00 5:00 p.m. phone call | S/A Dees/Pineda | 7/17/00 | 7/17/00 |
| 2 | Tape - 2/29/00 7:50 p.m. meeting | S/A Dees/Pineda | 7/17/00 | 7/17/00 |
| 2A | Transcript 2/29/00 7:50 p.m. meeting | S/A Dees/Pineda | 7/17/00 | 7/17/00 |
| 3 | Tape - 3/01/00 9:17 p.m. phone call | S/A Dees/Pineda | 7/17/00 | 7/17/00 |
| 3A | Transcript 3/01/00 9:17 p.m. phone call | S/A Dees/Pineda | 7/17/00 | 7/17/00 |
| 4 | Tape - 3/04/00 10:00 a.m. phone call | S/A Dees/Pineda | 7/17/00 | 7/17/00 |
| 4A | Transcript 3/04/00 10:00 a.m. phone call | S/A Dees/Pineda | 7/17/00 | 7/17/00 |
| 5 | Tape - 3/04/00 3:15 p.m. phone call | S/A Dees/Pineda | 7/17/00 | 7/17/00 |
| 5A | Transcript 3/04/00 3:15 p.m. phone call | S/A Dees/Pineda | 7/17/00 | 7/17/00 |
| 6 | Tape - 3/05/00 9:40 p.m. phone call | S/A Dees/Pineda | 7/17/00 | 7/17/00 |
| 6A | Transcript 3/05/00 9:40 p.m. phone call | S/A Dees/Pineda | 7/17/00 | 7/17/00 |
| 7 | Tape - 3/05/00 12:26 p.m. phone call | S/A Dees/Pineda | 7/17/00 | 7/17/00 |
| 7A | Transcript 3/05 12:26 p.m. phone call | S/A Dees/Pineda | 7/17/00 | 7/17/00 |
| 8 | Tape - 3/05/00 1:30 p.m. meeting | S/A Dees/Pineda | 7/18/00 | 7/18/00 |
| 8A | Transcript 3/05/00 1:30 p.m. meeting | S/A Dees/Pineda | 7/18/00 | 7/18/00 |
| 9 | Tape - 3/05/00 11:36 p.m. meeting | S/A Dees/Pineda | 7/18/00 | 7/18/00 |
| 9A | Transcript 3/05/00 11:36 p.m. meeting | S/A Dees/Pineda | 7/18/00 | 7/18/00 |

## UNITED STATES EXHIBIT LIST

UNITED STATES V. Herrera and Vega  
CASE NO. 00-6137 CR-DIMITROULEAS

ASSISTANT UNITED STATES ATTORNEY Van Vliet  
PAGE 2 OF

| EXHIBIT | DESCRIPTION | WITNESSES | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 10 | Tape - 3/06/00 8:22 a.m. meeting | S/A Pineda | 7/18/00 | 7/18/00 |
| 10A | Transcript 3/06/00 8:22 a.m. meeting | S/A Dees | 7/18/00 | 7/18/00 |
| 11 | Tape 3/06/00 8:22 a.m. meeting (cont'd) | S/A Dees | 7/18/00 | 7/18/00 |
| 12B | VEGA ONLY Tape Statements of Alipio Herrera and Jesus Vega ONLY | S/A Pineda | 7/19/00 | 7/19/00 |
| 13 | Tape Statement of Lidia Herrera | S/A Pineda | | |
| 14 | Tape - 3/06/00 phone call between A. Herrera and Jesus Vega | S/A Pineda | 7/18/00 | 7/18/00 |
| 14 A | Transcript of 3/06/00 Herrera/Vega phone call | S/A Pineda | 7/18/00 | 7/18/00 |
| 15 | William Piroso statement | S/A Pineda | | |
| 16 | Giovanni Barrone statement | S/A Pineda | | |
| 17 | Photograph Chev. Black Truck DGB 21K | S/A Pineda | 7/18/00 | 7/18/00 |
| 18 | Photograph Muscle Man Stun Gun | S/A Pineda | 7/18/00 | 7/18/00 |
| 19 | Photography, gun, stun gun and handcuffs | S/A Pineda | 7/18/00 | 7/18/00 |
| 20 | .380 semi-automatic Bryco Arms pistol | S/A Pineda | 7/18/00 | 7/18/00 |
| 21 | Handcuffs | S/A Pineda | 7/18/00 | 7/18/00 |
| 22 | Binoculars | S/A Pineda | 7/18/00 | 7/18/00 |
| 23 | Muscle Man Stun Gun 300,000 | S/A Pineda | 7/18/00 | 7/18/00 |
| 24 | Cellular Telephone | S/A Pineda | | |

# UNITED STATES EXHIBIT LIST

UNITED STATES V. Herrera and Vega
CASE NO. 00-6137 CR-DIMITROULEAS

ASSISTANT UNITED STATES ATTORNEY Van Vliet
PAGE 3 OF

| EXHIBIT | DESCRIPTION | WITNESSES | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 25 | Vehicle Registration | S/A Pineda | | |
| 26 | Abascal Plea Agreement | Abascal | 7/18/00 | 7/18/00 |
| 27 | Log | Barone | 7/18/00 | 7/18/00 |
| 28 | Transcript of DA (Vegaonly) | Pineda | 7/18/00 | 7/18/00 |
| 29 | Transcript of DB (Herrera only) | Pineda | 7/19/00 | 7/19/00 |
| Def(Herrera) 1 | Order | Abascal | 7/18/00 | 7/18/00 |
| " " 2 | Advise to Court | " | 7/18/00 | 7/18/00 |
| " " 3 | Conditions of Bond | " | 7/18/00 | 7/18/00 |
| " " 4 | Bond Receipt | " | 7/19/00 | 7/19/00 |
| " " 5 | M/Revoke Abascal's Bond | " | 7/19/00 | 7/19/00 |
| " " 6 | Courtroom Minutes | " | 7/19/00 | 7/19/00 |