

00-6137-CR-WPD
JURY Notes
∞ to
HERRERA, Alipio
VEGA, Jesus Jesse



What is the name of
The Lexus Dealers I
work for JMoA.

*Anthony J Ginto*  7/17/2000
Anthony J Gintoli

00-6137-CR-WPD)
Ferrera

00-6137-CR-WPD
HERRERA

July 18, 2000

To whom it may concern;

During the course of the opening remarks yesterday I realized that it is a possibly that I might be slightly acquainted with one of the witnesses. It was stated that Intercept Investigations has an employee that will be a witness. In my employment as an auto mechanic, Intercept has brought in vehicles many times over the past several years for repairs. If this is a concern, let me know.

Robert Sark

Robert SACK #8

I NOW
 LAST WITNESS
  AS CUSTOMER
   only

#00-6137-CR-WPD
Jesus Vega

00-6137-Cr WPD
Jesus Vega

Judge

May we please have Telephone call books for all Twelve Jury members.

Mike
Shunn

Foreman
July 20
14:06

00-6137-CR-WPD
Jesus VEGA

Your honor!

WE would like TO come back Tommorow. WE still have more To Discuss And some menbers of The jury must go home soon.

Mike Short
foreman
July 20
Time 5:11

We have reached a verdict.

Cheryl Landus 7/20/00

HERRERA
00-6137-CR WPD

Your Honor

We Have Agreed on The Verdict.

Foreman
Mih ls
July 21, 2000
Time 11:05

00-6137-CR
Jesus Vega