**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No. 00-6137-CR-DIMITROULEAS**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) |
| ALIPIO HERRERA et. al. | ) |
| Defendant. | ) |

### AGREED MOTION FOR RELEASE OF BOND

Defendant, *Alipio Herrera*, by and through undersigned counsel, with the agreement of the United States, respectfully requests this Court grant an Order releasing the monies used to post Defendant's $75,000.00 ten percent (10%) bond. As grounds for this Motion, the following is submitted:

1. On Friday, July 21, 2000, the defendant was taken into custody after being convicted in this case.

2. As the defendant is in custody, there is no longer a need for the Clerk of the Court to hold the monies used to collateralize defendant's pre-trial release conditions.

3. Pursuant to Local Rule 88.9 (A), undersigned counsel has contacted Teresa Van Vliet who has stated that she has no objection to the request

**WHEREFORE**, Defendant, *Alipio Herrera*, respectfully requests this Court grant an Order releasing the $7,500.00 used to post Defendant's $75,000.00 ten percent (10%) bond.

SPENCER & KLEIN, P.A.
Attorneys for Defendant
801 Brickell Avenue
Suite 1901
Miami, Florida 33131
(305) 374-7700

By: _____
David M. Tarlow
Fla. Bar #893684

SPENCER & KLEIN
PROFESSIONAL ASSOCIATION

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via U.S. mail to Teresa Van Vliet, Assistant United States Attorney, 500 E. Broward Blvd., Ft. Lauderdale, Fl. 33394, this 26th day of July, 2000.

>SPENCER & KLEIN, P.A.
>Attorneys for Defendant
>801 Brickell Avenue
>Suite 1901
>Miami, Florida 33131
>(305) 374-7700
>
>By: _____
>David M. Tarlow
>Fla. Bar #893684

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6137-CR-DIMITROULEAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ALIPIO HERRRERA et. al. | ) |
| | ) |
| Defendant. | ) |

### ORDER ON MOTION FOR RELEASE OF BOND

**THIS CAUSE** having come before the Court on Defendant's Motion for Release of Bond and the Court having been otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **Granted**. The Clerk of the Court is hereby authorized to release the $7,500.00 used to collateralize defendant's bond in this case.

**DONE AND ORDERED** this      day of August, 2000, in Broward County, Florida

_____
District Court Judge