**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6137-CR-DIMITROULEAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) |
| ALIPIO HERRRERA et. al. | ) |
| Defendant. | ) |

## ORDER ON MOTION FOR RELEASE OF BOND

**THIS CAUSE** having come before the Court on Defendant's Motion for Release of Bond and the Court having been otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.  The Motion is **Granted**. The Clerk of the Court is hereby authorized to release the $7,500.00 used to collateralize defendant's bond in this case.

**DONE AND ORDERED** this 20 day of July 2000, in Broward County, Florida

_____
District Court Judge

CC DAVID TARLOW
Teresa VanVliet
Financial Services