**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

FILED by _____ D.C.

AUG 4 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**Case No. 00-6137-CR-DIMITROULEAS**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) |
| ALIPIO HERRERA et. al. | ) |
| Defendant. | ) |

## AGREED AMENDED MOTION FOR RELEASE OF BOND

Defendant, *Alipio Herrera*, by and through undersigned counsel, with the agreement of the United States, respectfully requests this Court grant an Order releasing the monies used to post Defendant's $75,000.00 ten percent (10%) bond. As grounds for this Motion, the following is submitted:

1. On Friday, July 21, 2000, the defendant was taken into custody after being convicted in this case.

2. As the defendant is in custody, there is no longer a need for the Clerk of the Court to hold the monies used to collateralize defendant's pre-trial release conditions.

3. Pursuant to Local Rule 88.9 (A), undersigned counsel has contacted Teresa Van Vliet who has stated that she has no objection to the request

**WHEREFORE**, Defendant, *Alipio Herrera*, respectfully requests this Court grant an Order releasing the $7,500.00, plus interest, to Lidia Herrera, social security #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, 19 Santilane Lane, Coral Gables, Fl. 33134.

SPENCER & KLEIN, P.A.
Attorneys for Defendant
801 Brickell Avenue
Suite 1901
Miami, Florida 33131
(305) 374-7700

By: /s/ David M. Tarlow
David M. Tarlow
Fla. Bar #893684

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via U.S. mail to Teresa Van Vliet, Assistant United States Attorney, 500 E. Broward Blvd., Ft. Lauderdale, Fl. 33394, this 3rd day of August, 2000.

>SPENCER & KLEIN, P.A.
>Attorneys for Defendant
>801 Brickell Avenue
>Suite 1901
>Miami, Florida 33131
>(305) 374-7700
>
>By:_____
>David M. Tarlow
>Fla. Bar #893684