**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6137-CR-DIMITROULEAS

UNITED STATES OF AMERICA )
)
    Plaintiff, )
)
v. )
)
ALIPIO HERRRERA et. al. )
)
    Defendant. )

FILED by _____ D.C.

AUG 7 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER ON AMENDED MOTION FOR RELEASE OF BOND

**THIS CAUSE** having come before the Court on Defendant's Motion for Release of Bond and the Court having been otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **Granted**. The Clerk of the Court is hereby authorized to release the $7,500.00, plus interest, used to collateralize defendant's bond in this case.

2. The bond shall be returned to Lidia Herrera, Social Security #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, 19 Santillane Lane, Apt. #6, Coral Gables, Florida, 33134.

**DONE AND ORDERED** this 7 day of August, 2000, in Broward County, Florida

_____
District Court Judge

CC: DAVID TARLOW, Esq.
Teresa van Vliet, AUSA
Financial Services