UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.00-6137-CR-DIMITROULEAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | FILED by _____ D.C. |
| Plaintiff, ) | |
| ) | SEP 1 1 2000 |
| v. ) | |
| ) | CLARENCE MADDOX |
| ALIPIO HERRERA ) | CLERK U.S. DIST. CT. |
| ) | S.D. OF FLA. FT. LAUD. |
| Defendant. ) | |

## NOTICE OF FILING CHARACTER REFERENCE

Defendant, Alipio Herrera, by and through undersigned counsel, respectfully files the following

Character Reference.

> SPENCER & KLEIN, P.A.
> Attorneys for Defendant
> 801 Brickell Avenue
> Suite 1901
> Miami, Florida 33131
> (305) 374-7700
>
> By: _____
> David M. Tarlow
> Fla. Bar #893684

SPENCER & KLEIN
PROFESSIONAL ASSOCIATION



**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via U.S. mail to Teresa Van Vliet, Assistant United States Attorney, 500 E. Broward Blvd., Ft. Lauderdale, Fl. 33394, and Marilyn Westfield, U.S. Probation, Room 315, U.S. Courthouse, 300 NE First Avenue, Miami, Fl. 33132-2126 this 7th day of September, 2000.

>  SPENCER & KLEIN, P.A.
> Attorneys for Defendant
> 801 Brickell Avenue
> Suite 1901
> Miami, Florida 33131
> (305) 374-7700
>
> By: _____
> David M. Tarlow
> Fla. Bar #893684

LAW OFFICES OF
## FULLER & SUAREZ, P.A.
201 ALHAMBRA CIRCLE
SUNTRUST PLAZA • SUITE 602
CORAL GABLES, FLORIDA 33134

TELEPHONE: (305) 445-7150
FACSIMILE: (305) 447-4674
E-MAIL: lawyers@fullersuarez.com

ALLEN D. FULLER
RODOLFO SUAREZ, JR.

SARA B. MALLARD
WILLIAM A. DEAN*
*ALSO ADMITTED IN MASSACHUSSETTS

RICHARD K. WILTSE
HEALTHCARE PARALEGAL

MARLENE GONZALEZ
PARALEGAL

August 10, 2000

Honorable William P. Dimitrouleas
U.S. District Court - Southern District of Florida
299 East Broward Boulevard, Room 203
Fort Lauderdale, Florida 33301

RE:   **United States v. Alipio J. Herrera**
      **Court Case No. 00-6137-CR-Dimitrouleas**

Dear Judge Dimitrouleas:

    I am writing this letter at the request of my dear friend Ali Herrera. I have known Ali for over 5 years not only as my courier, but also as a friend. I have had the pleasure of working closely with Ali over the years and observed his attention to detail as well as his responsibility and thoroughness in completing assigned tasks. In my dealings with him, Ali has always been a responsible and conscientious individual and a very hard worker. He has also proven to be a good friend throughout the years. I am truly saddened to hear of his unfortunate situation and wish the best for him and his family in this very difficult time. I truly hope to see Ali contributing positively to society in the near future.

    I trust the information provided herein may serve to help Ali promptly return to his family and as a contributing member of society.

    Thank you for your time and consideration in this matter.

Respectfully,

Rodolfo Suarez, Jr.
RS/lbf