**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No.00-6137-CR-DIMITROULEAS**

UNITED STATES OF AMERICA )
)
    Plaintiff, )
)
v. )
)
ALIPIO HERRERA )
)
    Defendant. )

```
FILED by _____ D.C.
SEP 1 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.
```

**POSITION OF ALIPIO HERRERA WITH RESPECT
TO SENTENCING FACTORS PURSUANT TO ADMINISTRATIVE
ORDER 95-02 AND OBJECTIONS TO THE PRE-SENTENCE REPORT
PURSUANT TO RULE 32 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

Defendant, *Alipio Herrera*, pursuant to Rule 32 of the Federal Rules of Criminal Procedure and S.D.Fla.L.R. 88.8(6), hereby files his objections and comments to the Pre-Sentence Report (hereafter referred to as "PSR") and moves this Honorable Court to amend that report and states as grounds:

### FACTUAL OBJECTIONS

Defendant, Alipio Herrera has no objections to the offense conduct as described in the PSR.

### SCORING OBJECTIONS

1. Defendant objects to paragraph 28 which references that defendant is ineligible for a 2 point decrease for acceptance of responsibility as defendant went to trial and put the government to its burden of proof at trial.

    **OBJECTION:** At the time of defendant's arrest, he cooperated with authorities and made a controlled phone call to aid and assist law enforcement. Defendant always admitted to the essential factual elements of guilt, defendant's defense was whether he was entrapped. Defendant has always admitted his participated in an attempted robbery. Application note 2 of §3E1.1 of the Federal Sentencing Guidelines states that a conviction at trial does not



SPENCER & KLEIN
PROFESSIONAL ASSOCIATION

automatically preclude a defendant from consideration for a reduction. *See* U.S. v. Paccione, 751 F.Supp. 368 (S.D.N.Y. 1990). Fact that a defendant presents an entrapment defense does not preclude finding that defendant has not accepted responsibility so as to be entitled to a downward adjustment. U.S. v. Davis, 36 F.3d 1424 (9th Cir. 1994).

2. Defendant objects to paragraph 29 of the PSR which states that the total offense level of 26.

   **OBJECTION**: Defendant respectfully submits that the proper total offense level should be a level 24 based on his acceptance of responsibility.

SPENCER & KLEIN, P.A.
Attorneys for Defendant
801 Brickell Avenue
Suite 1901
Miami, Florida 33131
(305) 374-7700

By: _____
David M. Tarlow
Fla. Bar #893684

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via U.S. mail to Teresa Van Vliet, Assistant United States Attorney, 500 E. Broward Blvd., Ft. Lauderdale, Fl. 33394, and Marilyn Westfield, U.S. Probation, Room 315, U.S. Courthouse, 300 NE First Avenue, Miami, Fl. 33132-2126 this 7th day of September, 2000.

SPENCER & KLEIN, P.A.
Attorneys for Defendant
801 Brickell Avenue
Suite 1901
Miami, Florida 33131
(305) 374-7700

By:/ _[signature]_
David M. Tarlow
Fla. Bar #893684