## CRIMINAL MINUTES

FILED by _____ D.C.
SEP 29 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6137-CR-WPD    DATE: September 29, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Frank    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Alipio Herrera

U.S. ATTORNEY: Teresa Van Vliet    DEFT. COUNSEL: David Tarlow

REASON FOR HEARING: sentencing

RESULT OF HEARING: Sentence Imposed: 72 months BOP - 3 years supervised release, no fine, $200.00 assessment. Both counts to run concurrent.

JUDGMENT: _____

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Deft Informed of Right to Appeal.