

FILING FEE
NO

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6137-CR-DIMITROULEAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) |
| ALIPIO HERRRERA et. al. | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Defendant, *Alipio* Herrera, **by and through CJA counsel,** pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment and sentenced entered in this action on the 29th day of September, 2000.

Respectfully submitted by:

Spencer & Klein, P.A.
801 Brickell Avenue, Ste. 1901
Miami, Florida 33131
Tel: (305) 374-7700
Fax: (305) 374-4890

By: _____
David M. Tarlow
Fla. Bar #893684

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via U.S. mail to Theresa Van Vliet, Assistant United States Attorney, 500 E. Broward Blvd., Ft. Lauderdale, Fl. 33394 and this 29th day of September, 2000.

> Spencer & Klein, P.A.
> Attorneys for Defendant
> 801 Brickell Avenue, Ste. 1901
> Miami, Florida 33131
> Tel: (305) 374-7700
>
> By: _____
> David M. Tarlow
> Fla. Bar #893684