UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 00-6137-CR-WPD

FILED by ___ D.C.
DEC 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,  :
                           :
vs.                        :
                           :
ALIPIO HERRERA,            :
JESUS VEGA,                :
                           :
          Defendants.      :
_____:

Tuesday, July 18, 2000
Fort Lauderdale, Florida

VOLUME 2 of 5

JURY TRIAL

**WILLIAM P. DIMITROULEAS**
BEFORE THE HONORABLE /JOSE/A///GONZALEZ///JR/

APPEARANCES:

| | |
|---|---|
| For the Government: | THERESA VAN VLIET, Assistant U.S. Attorney |
| For Defendant Herrera: | DAVID TARLOW, ESQ. |
| For Defendant Vega: | MICHAEL GOTLIEB, ESQ.<br>JOHN ADAIR, ESQ. |
| Court Reporter: | ANITA LaROCCA<br>299 E. Broward Boulevard<br>Fort Lauderdale, Florida |

THIS VOLUME:
Pages 104 - 360