UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 00-6137-CR-WPD

FILED by _____ D.C.

DEC 1 9 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,       :
                                :
vs.                             :
                                :
ALIPIO HERRERA,                 :
JESUS VEGA,                     :
                                :
        Defendants.             :
_____:

Wednesday, July 19, 2000
Fort Lauderdale, Florida


VOLUME 3

JURY TRIAL

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS


APPEARANCES:

For the Government:        THERESA VAN VLIET,
                           Assistant U.S. Attorney

For Defendant Herrera:     DAVID TARLOW, ESQ.

For Defendant Vega:        MICHAEL GOTLIEB, ESQ.
                           JOHN ADAIR, III, ESQ.


Court Reporter:            ANITA LaROCCA
                           299 E. Broward Boulevard
                           Fort Lauderdale, Florida

THIS VOLUME:

Pages 361 - 637