1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 00-6137-WPD

FILED by _____ D.C.
DEC 1 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,   :
                            :
vs.                         :
                            :
ALIPIO HERRERA,             :
JESUS VEGA,                 :
                            :
        Defendants.         :
_____:

Thursday, July 20, 2000
Fort Lauderdale, Florida

VOLUME 4 - RE: Defendant Herrera

JURY TRIAL

WILLIAM P. DIMITROULEAS
BEFORE THE HONORABLE J̶O̶S̶E̶ ̶A̶.̶ ̶G̶O̶N̶Z̶A̶L̶E̶Z̶,̶ ̶J̶R̶.̶

APPEARANCES:

For the Government:         THERESA VAN VLIET,
                            Assistant U.S. Attorney

For Defendant Herrera:      DAVID TARLOW, ESQ.

For Defendant Vega:         MICHAEL GOTLIEB, ESQ.
                            JOHN ADIAR, III, ESQ.

Court Reporter:             ANITA LaROCCA
                            299 E. Broward Boulevard
                            Fort Lauderdale, Florida

THIS VOLUME:
Pages 658 - 757