**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

**CLARENCE MADDOX**
Court Administrator/Clerk of Court

CLERK, U.S. COURT OF APPEALS
Eleventh Judicial Circuit
56 Forsyth Street
Atlanta, Georgia    30303

Date: January 10, 2001
USDC # 00-6137-CR-WPD
USCA # 00-15187-C

IN RE: **USA v. Herrera & Vega**

============================================================

### Certificate of Readiness of Record On Appeal

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for
the Southern District of Florida hereby certifies that, as shown on
the enclosed index, the record is complete for purposes of this
appeal.    The record (including the transcripts or parts thereof
designated for inclusion and all necessary exhibits) consists of:

        1_ Volume of Pleadings
        6_ Volumes of Transcripts

      X_ Exhibits:

        2_ PSI's (sealed)

Sincerely,

Clarence Maddox, Court Administrator/Clerk

By

Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.

_____
     Signature

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism*
*for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*

```
                                              LSS    CLOSED
                                              APPEAL
                        U.S. District Court
               Southern District of Florida (FtLauderdale)

               CRIMINAL DOCKET FOR CASE #: 00-CR-6137-ALL
```

USA v. Herrera                                    Filed: 05/23/00

Other Dkt # 0:00-m -04060

Case Assigned to: Judge William P. Dimitrouleas

```
ALIPIO HERRERA (1)                    David Michael Tarlow
      defendant                        [term  09/29/00]
  [term  09/29/00]                     FTS 374-4890
                                       305-374-7700
                                       [COR LD NTC cja]
                                       Spencer & Klein
                                       801 Brickell Avenue
                                       Suite 1901
                                       Miami, FL 33131-2900
                                       305-374-7700
```

Pending Counts:                       Disposition

18:1951.F INTERFERENCE W              Imprisonment 72 months to run
COMMERCE BY THREAT/VIO                concurrent; Supervised
(1)                                   Release 36 months to run
                                      concurrent; Assessment $200.00
                                      (1)

18:1951.F INTERFERENCE W              Imprisonment 72 months to run
COMMERCE BY THREAT/VIO                concurrent; Supervised
(2)                                   Release 36 months to run
                                      concurrent; Assessment $200.00
                                      (2)

Offense Level (opening): 4

Terminated Counts:

   NONE

Docket as of January 4, 2001 8:59 am                    Page 1

```
Proceedings include all events.                              LSS
0:00cr6137-ALL USA v. Herrera                         CLOSED APPEAL
```

Complaints                              Disposition

Conspiracy to Commit an Armed
Robbery - 18 USC 371, 1951(a)
[ 0:00-m -4060 ]


========================

Case Assigned to:  Judge William P. Dimitrouleas

```
LIDIA HERRERA (2) , DOB:           Robert Norman Berube
1/12/60 Prisoner # 55235-004        [term  08/29/00]
     defendant                     FTS 356-7556
  [term  08/29/00]                 [COR LD NTC pda]
                                   Public Defender
                                    [term  08/29/00]
                                   [COR LD NTC pda]
                                   Federal Public Defender's
                                   Office
                                   101 NE 3rd Avenue
                                   Suite 202
                                   Fort Lauderdale, FL 33301-1145
                                   954-356-7436
```

Pending Counts:                         Disposition

```
18:4.F WITHHOLDING INFORMATION     Imprisonment 5 months;
ON A CRIME                         Supervised Release 12 months;
(3)                                Assessment $100.00
                                   (3)
```

Offense Level (opening): 4


Terminated Counts:

   NONE


Complaints                              Disposition

Conspiracy to Commit an Armed
Robbery - 18 USC 371, 1951(a)
[ 0:00-m -4060 ]


========================

Proceedings include all events.                                          LSS
0:00cr6137-ALL USA v. Herrera                                    CLOSED APPEAL

Case Assigned to:  Judge William P. Dimitrouleas

JESUS JESSE VEGA (3)                 Michael Alan Gottlieb
     defendant                         [term  09/29/00]
  [term  09/29/00]                    954-462-1005
                                      [COR LD NTC ret]
                                      1311 SE 2nd Avenue
                                      Fort Lauderdale, FL 33316

                                      Thomas Franklin Almon, Jr.
                                      FTS 573-6251
                                      305-576-8568
                                      [COR LD NTC ret]
                                      321 NE 26th Street
                                      Miami, FL 33137

Pending Counts:                                  Disposition

18:1951.F INTERFERENCE W             Imprisonment 84 months to run
COMMERCE BY THREAT/VIO               concurrent; Supervised
(1)                                  Release 36 months to run
                                     concurrent; Assessment $200.00;
                                     Fine $12,500.00
                                     (1)

18:1951.F INTERFERENCE W             Imprisonment 84 months to run
COMMERCE BY THREAT/VIO               concurrent; Supervised
(2)                                  Release 36 months to run
                                     concurrent; Assessment $200.00;
                                     Fine $12,500.00
                                     (2)

Offense Level (opening): 4

Terminated Counts:

  NONE

Complaints                                   Disposition

Conspiracy to Commit an Armed
Robbery - 18 USC 371, 1951(a)
[ 0:00-m -4060 ]

Docket as of January 4, 2001 8:59 am              Page 3

Proceedings include all events.                                    LSS
0:00cr6137-ALL USA v. Herrera                          CLOSED APPEAL

ALIPIO HERRERA

                defendant


========================

LIDIA HERRERA, DOB: 1/12/60 Prisoner # 55235-004

                defendant


========================

JESUS JESSE VEGA

                defendant


========================

USA

                plaintiff


U. S. Attorneys:

   Donald Chase
   FTS 356-7228
   954-356-7255
   [COR LD NTC]
   Theresa Mary Bail Van Vliet,
   AUSA
    [term  12/01/00]
   FTS 356-7336
   954-356-7255
   [COR LD NTC]
   United States Attorney's Office
   500 E Broward Boulevard
   7th Floor
   Fort Lauderdale, FL 33394-3002
   954-356-7254

   PTS Officer
   FTS 356-7915
   954-769-5600
   [COR LD NTC]
   Pretrial Services Office
   299 E Broward Boulevard
   Suite 301
   Fort Lauderdale, FL 33301
   954-769-5600

Proceedings include all events.
0:00cr6137-ALL USA v. Herrera

Probation Officer
FTS 356-7061
954-769-5500
[COR LD NTC]
United States Probation Office
299 E Broward Boulevard
Room 409
Fort Lauderdale, FL 33301-1865
954-769-5500

3/23/00  1      COMPLAINT as to Jesus Jesse Vega, Alipio Herrera, Lidia
                Herrera
                [ 0:00-m -4060 ] (pb) [Entry date 03/29/00]

3/23/00  2      ARREST WARRANT issued as to Jesus Jesse Vega .    Warrant
                issued by Ch. Magistrate Judge Lurana S. Snow Pretrial
                Detention Requested
                [ 0:00-m -4060 ] (pb) [Entry date 03/29/00]

3/23/00  3      ARREST WARRANT issued as to Alipio Herrera .    Warrant
                issued by Ch. Magistrate Judge Lurana S. Snow Pretrial
                Detention Requested
                [ 0:00-m -4060 ] (pb) [Entry date 03/29/00]

3/23/00  4      ARREST WARRANT issued as to Lidia Herrera .    Warrant
                issued by Ch. Magistrate Judge Lurana S. Snow Pretrial
                Detention Requested
                [ 0:00-m -4060 ] (pb) [Entry date 03/29/00]

4/4/00   5      Minute of Initial Appearance held on 4/4/00  before Ch.
                Magistrate Judge Lurana S. Snow as to Alipio Herrera ;
                Defendant advised of charges, Russell Williams Esq.
                retained,arraignment set 4/14/00. Court Reporter Name or
                Tape #: 00-019
                [ 0:00-m -4060 ] (dd) [Entry date 04/06/00]

4/5/00   6       ARREST WARRANT Returned Executed as to Alipio Herrera on
                4/4/00
                [ 0:00-m -4060 ] (dd) [Entry date 04/06/00]

4/7/00   7      ORDER on Initial Appearance as to Lidia Herrera Bond set to
                $100,000 PSB for Lidia Herrera., for Appointment of Public
                Defender  Arraignment set for 11:00 4/27/00 for Lidia
                Herrera ;   before Magistrate Barry S. Seltzer, ,  (
                Signed by Ch. Magistrate Judge Lurana S. Snow  on 4/7/00)
                Tape # 00-020/021 CCAP
                [ 0:00-m -4060 ] (dd) [Entry date 04/10/00]

4/7/00   8      Minute of Initial Appearance held on 4/7/00  before Ch.
                Magistrate Judge Lurana S. Snow as to Lidia Herrera ; FPD
                appointed, $100,000 PSB set, arraignment 4/27/00. Court
                Reporter Name or Tape #: 00-020/021
                [ 0:00-m -4060 ] (dd) [Entry date 04/10/00]

4/7/00   9      ORDER on Initial Appearance as to Alipio Herrera Bond set
                to Bond hearing to be set. Arraignment set for 11:00
                4/14/00; Report re counsel set for 11:00 before Duty
                Magistrate, ,  ( Signed by Ch. Magistrate Judge Lurana
                S. Snow on 4/4/00) Tape # 00-020/021 CCAP
                [ 0:00-m -4060 ] (dd) [Entry date 04/10/00]

Proceedings include all events.                                              LSS
0:00cr6137-ALL USA v. Herrera                                        CLOSED APPEAL

4/7/00    10    Minute of Initial Appearance held on 00-020-021  before Ch.
                Magistrate Judge Lurana S. Snow as to Alipio Herrera ;
                Defendant advised of charges, Russell Williams-temp.
                retained, $100,000 PSB & 75,000-10% Cash, IRC set 4/17/00,
                arraignment 4/27/00. Court Reporter Name or Tape #:
                00-020-021
                [ 0:00-m -4060 ] (dd) [Entry date 04/10/00]

4/7/00    11    Waiver of Preliminary Examination or Hearing by Alipio
                Herrera ( Signed by Ch. Magistrate Judge Lurana S. Snow on
                4/7/00) CCAP [EOD Date: 4/10/00]
                [ 0:00-m -4060 ] (dd) [Entry date 04/10/00]

4/7/00    12    Minute of Inquiry /bond hearing held on 4/5/00  before Ch.
                Magistrate Judge Lurana S. Snow as to Alipio Herrera ;
                Russell William appeared as temporary counsel. Bond hearing
                reset 4/7/00. Court Reporter Name or Tape #: 00-020
                [ 0:00-m -4060 ] (dd) [Entry date 04/10/00]

4/7/00    13     PERSONAL SURETY BOND entered by Lidia Herrera  in  Amount
                $ 100,000 Personal Surety   Approved by Ch. Magistrate
                Judge Lurana S. Snow .  Surrender passports/travel
                documents; Report to PTS as follows: 2 x week by phone/1 x
                month in person. No firearms/weapons;
                [ 0:00-m -4060 ] (dd) [Entry date 04/10/00]

4/10/00   14    ORDER on Initial Appearance as to Jesus Jesse Vega Bond set
                to Tent. 75,000-10% /100,000 PSB -bond hearing set for
                11:00 4/12/00 Arraignment set for 11:00 4/20/00 before
                Magistrate Barry S. Seltzer, ,  ( Signed by Magistrate
                Barry S. Seltzer on 4/10/00) Tape # 00-023 CCAP
                [ 0:00-m -4060 ] (dd) [Entry date 04/10/00]

4/10/00   15    Minute of Initial Appearance held on 4/10/00  before
                Magistrate Barry S. Seltzer as to Jesus Jesse Vega ;
                Defendant advised of charges, will hire an atty., bond
                hearing set 4/12/00, arraignment set 4/20/00. Court
                Reporter Name or Tape #: 00-023
                [ 0:00-m -4060 ] (dd) [Entry date 04/10/00]

4/10/00   16    REPORT Commencing Criminal Action as to Lidia Herrera  DOB:
                1/12/60  Prisoner # 55235-004
                [ 0:00-m -4060 ] (pb) [Entry date 04/12/00]

4/10/00   17    ARREST WARRANT Returned Executed as to Lidia Herrera on
                4/7/00
                [ 0:00-m -4060 ] (pb) [Entry date 04/12/00]

4/11/00   18     ARREST WARRANT Returned Executed as to Jesus Jesse Vega on
                4/10/00
                [ 0:00-m -4060 ] (pb) [Entry date 04/12/00]

Proceedings include all events.                                    LSS
0:00cr6137-ALL USA v. Herrera                            CLOSED APPEAL

4/11/00  19    DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by
               Lidia Herrera
               [ 0:00-m -4060 ] (pb) [Entry date 04/12/00]

4/11/00  20    NOTICE of Assignment of Assistant Public Defender for Lidia
               Herrera . Terminated attorney Public Defender for Lidia
               Herrera AFPD Robert Norman Berube assigned.
               [ 0:00-m -4060 ] (pb) [Entry date 04/12/00]

4/12/00  21    Minute of bond hearing held on 4/12/00  before Magistrate
               Barry S. Seltzer as to Jesus Jesse Vega ; Tape #: 00-026
               [ 0:00-m -4060 ] (pb) [Entry date 04/12/00]

4/12/00  22    NOTICE of Appearance for Jesus Jesse Vega by Attorney
               Michael Alan Gottlieb
               [ 0:00-m -4060 ] (pb) [Entry date 04/12/00]

4/12/00  23    NOTICE of Appearance for Jesus Jesse Vega by Attorney John
               Howard Adair III.
               [ 0:00-m -4060 ] (pb) [Entry date 04/12/00]

4/12/00  24    PERSONAL SURETY BOND entered by Alipio Herrera in Amount $
               100,000 Approved by Magistrate Judge Lurana S. Snow .
               Surrender passports/travel documents; Report to PTS as
               follows: 2x week by phone; 1xmonth pers No firearms/weapons;
               [ 0:00-m -4060 ] (pb) [Entry date 04/12/00]

4/12/00  25     10% BOND entered by Alipio Herrera  in  Amount $ 75,000
               Receipt # 519085   Approved by Magistrate Judge Lurana S.
               Snow .
               [ 0:00-m -4060 ] (pb) [Entry date 04/12/00]

4/14/00  26     PERSONAL SURETY BOND entered by Jesus Jesse Vega  in
               Amount $ 100,000   Approved by Magistrate Barry S. Seltzer
               .  Surrender passports/travel documents;  Report to PTS as
               follows: as directed  Random urine testing;  Full-time
               employment;   Avoid victims/witnesses;  No firearms/weapons;
                Additional conditions: Surrender guns to another by
               Friday, reside at current address, no  illegal drugs or
               excessive alcohol.
               [ 0:00-m -4060 ] (dd) [Entry date 04/14/00]

4/14/00  27     10%-CASH DEPOSIT BOND entered by Jesus Jesse Vega  in
               Amount $ 75,000 Receipt # 401 519104 CONDITIONS ARE THE
               SAME AS ON PERSONAL SURETY BOND-PLEASE REFER TO DOCKET
               ENTRY # 26. Approved by Magistrate Barry S. Seltzer .
               [ 0:00-m -4060 ] (dd) [Entry date 04/14/00]

4/17/00  28    Minute of Inquiry re Counsel held on 4/17/00  before
               Magistrate Barry S. Seltzer as to Alipio Herrera ;
               Defendant found partially indigent. CJA Atty. David Tarlow
               appointed. Status re partial indigence set 6/16/00. Court
               Reporter Name or Tape #: 00-029
               [ 0:00-m -4060 ] (dd) [Entry date 04/17/00]

Docket as of January 4, 2001 8:59 am              Page 8

4/17/00  29    CJA 20 as to Alipio Herrera : Appointment of Attorney David
               Michael Tarlow ( Signed by Magistrate Barry S. Seltzer  on
               4/17/00)
               [ 0:00-m -4060 ]  (dd)  [Entry date 04/17/00]

4/17/00  30    ORDER as to Alipio Herrera finding him partial indigence.
               Defendant must pay $250 by 6/16/00. ( Signed by Magistrate
               Barry S. Seltzer on 4/17/00) CCAP [EOD Date: 4/17/00] CCAP�partial
               [ 0:00-m -4060 ]  (dd)  [Entry date 04/17/00]

4/27/00  31    Waiver of Preliminary Examination or Hearing by Lidia
               Herrera   ( Signed by Magistrate Judge Lurana S. Snow on
               4/27/00) CCAP [EOD Date: 5/2/00]
               [ 0:00-m -4060 ]  (dd)  [Entry date 05/02/00]

4/27/00  32    Waiver of Preliminary Examination or Hearing by Alipio
               Herrera   ( Signed by Magistrate Judge Lurana S. Snow on
               4/27/00) CCAP [EOD Date: 5/2/00]
               [ 0:00-m -4060 ]  (dd)  [Entry date 05/02/00]

4/27/00  33    Waiver of Preliminary Examination or Hearing by Jesus Jesse
               Vega  ( Signed by Magistrate Judge Lurana S. Snow on
               4/27/00) CCAP [EOD Date: 5/2/00]
               [ 0:00-m -4060 ]  (dd)  [Entry date 05/02/00]

4/27/00  34    Minute of Arraignment held on 4/27/00  before Magistrate
               Judge Lurana S. Snow as to Alipio Herrera ; Defendant signs
               waiver of timely preliminary hearing/arraignment. Matter
               reset 5/11/00. Court Reporter Name or Tape #: 00-022
               [ 0:00-m -4060 ]  (dd)  [Entry date 05/02/00]

4/27/00  35    Minute of Arraignment held on 4/27/00  before Magistrate
               Judge Lurana S. Snow as to Jesus Jesse Vega ; Defendant
               signs waiver of timely preliminary hearing/arraignment.
               Matter reset 5/11/00. Court Reporter Name or Tape #: 00-022
               [ 0:00-m -4060 ]  (dd)  [Entry date 05/02/00]

4/27/00  36    Minute of Arraignment held on 4/27/00  before Magistrate
               Judge Lurana S. Snow as to Lidia Herrera ; Defendant signs
               waiver of preliminary hearing/arraignment. Matter reset
               5/11/00. Court Reporter Name or Tape #: 00-022
               [ 0:00-m -4060 ]  (dd)  [Entry date 05/02/00]

5/11/00  37    Minute of prelim/arraignment held on 5/11/00  before
               Magistrate Barry S. Seltzer as to Lidia Herrera ;  Court
               Wavier of timely prelminary hearing executed. Tape #:
               00-035
               [ 0:00-m -4060 ]  (pb)  [Entry date 05/15/00]

5/11/00  38    Minute of prelim/arraignment held on 5/11/00  before
               Magistrate Barry S. Seltzer as to Alipio Herrera ;  Court
               Reporter Name or Tape #: 00-676
               [ 0:00-m -4060 ]  (pb)  [Entry date 05/15/00]

5/11/00  39      Minute of prelim/arraignment held on 5/11/00  before
                 Magistrate Barry S. Seltzer as to Jesus Jesse Vega ; Tape
                 #: 00-035
                 [ 0:00-m -4060 ] (pb) [Entry date 05/15/00]

5/11/00  40      Waiver of Preliminary Examination or Hearing by Alipio
                 Herrera  ( Signed by Magistrate Barry S. Seltzer on
                 5/11/00) CCAP [EOD Date: 5/15/00]
                 [ 0:00-m -4060 ] (pb) [Entry date 05/15/00]

5/11/00  41      Waiver of Preliminary Examination or Hearing by Lidia
                 Herrera  ( Signed by Magistrate Barry S. Seltzer on
                 5/12/00) CCAP [EOD Date: 5/15/00]
                 [ 0:00-m -4060 ] (pb) [Entry date 05/15/00]

5/12/00  43      Minute of prelim/arraignment held on 5/12/00  before
                 Magistrate Barry S. Seltzer as to Jesus Jesse Vega ; Tape
                 #: 00-036
                 [ 0:00-m -4060 ] (pb) [Entry date 05/15/00]

5/12/00  42      Waiver of Preliminary Examination or Hearing by Jesus Jesse
                 Vega  ( Signed by Magistrate Barry S. Seltzer on 5/12/00)
                 CCAP [EOD Date: 5/15/00]
                 [ 0:00-m -4060 ] (pb) [Entry date 05/15/00]

5/23/00  44      INDICTMENT as to Alipio Herrera (1) count(s) 1, 2) Lidia
                 Herrera (2) count(s) 3, Jesus Jesse Vega (3) count(s) 1, 2
                 (Criminal Category 1) (pb) [Entry date 05/25/00]

5/23/00  --      Magistrate identification:  Magistrate Judge Lurana S. Snow
                 (pb) [Entry date 05/25/00]

5/25/00  45      STANDING DISCOVERY ORDER as to Alipio Herrera, Lidia
                 Herrera, Jesus Jesse Vega all motions concerning matters
                 not covered by this order must be filed within 28 days of
                 this order (Signed by Magistrate Judge Lurana S. Snow on
                 5/25/00) CCAP (ss) [Entry date 05/25/00]

5/25/00  46      ORDER SETTING STATUS CONFERENCE as to Alipio Herrera, Lidia
                 Herrera, Jesus Jesse Vega Status conference set for 11:00
                 6/9/00 for Alipio Herrera, for Lidia Herrera, for Jesus
                 Jesse Vega before Magistrate Barry S. Seltzer (Signed by
                 Magistrate Judge Lurana S. Snow on 5/25/00) CCAP [EOD Date:
                 5/25/00] CCAP (ss) [Entry date 05/25/00]

5/25/00  47      Minutes of Arraignment held on 5/25/00 before Magistrate
                 Judge Lurana S. Snow as to Alipio Herrera; Status
                 Conference 6/9/00 at 11:00; Court Reporter Name or Tape #:
                 00-026 @ 71-138 (ss) [Entry date 05/26/00]

Proceedings include all events.                                    LSS
0:00cr6137-ALL USA v. Herrera                              CLOSED APPEAL

5/25/00   (48)    Minutes of Arraignment held on 5/25/00 before Magistrate
                  Judge Lurana S. Snow as to Jesus Jesse Vega; Status
                  Conference 6/9/00 at 11:00; Court Reporter Name or Tape #:
                  00-026 @ 71-138 (ss) [Entry date 05/26/00]

5/25/00   (50)    ARRAIGNMENT INFORMATION SHEET for Alipio Herrera (1)
                  count(s) 1, 2 NOT GUILTY PLEA ENTERED as to all counts.
                  Court accepts plea. (ss) [Entry date 05/26/00]

5/25/00   (51)    ARRAIGNMENT INFORMATION SHEET for Jesus Jesse Vega (3)
                  count(s) 1, 2 NOT GUILTY PLEA ENTERED as to all counts.
                  Court accepts plea. (ss) [Entry date 05/26/00]

5/25/00   (52)    ARRAIGNMENT INFORMATION SHEET for Lidia Herrera (2) NOT
                  GUILTY PLEA ENTERED as to all counts. Court accepts plea.
                  (ss) [Entry date 05/26/00]

5/26/00   (49)    Minutes of Arraignment held on 5/25/00 before Magistrate
                  Judge Lurana S. Snow as to Lidia Herrera; Status Conference
                  6/9/00 at 11:00; Court Reporter Name or Tape.#: 00-026 @
                  71-138 (ss) [Entry date 05/26/00]

5/26/00   (53)    NOTICE of Hearing as to Alipio Herrera, Lidia Herrera,
                  Jesus Jesse Vega: Set Jury trial for 9:00 6/26/00 before
                  Judge William P. Dimitrouleas, Set calendar call for 9:00
                  6/23/00 before Judge William P. Dimitrouleas (ss)
                  [Entry date 05/30/00]

6/5/00    (73)    Witness list by USA as to Alipio Herrera (ss)
                  [Entry date 07/06/00]

6/9/00    (54)    Minutes of Status Conference held on 6/9/00 before
                  Magistrate Barry S. Seltzer as to Jesus Jesse Vega; Court
                  Reporter Name or Tape #: 00-047 (ss) [Entry date 06/12/00]

6/9/00    --      Status conference as to Jesus Jesse Vega held (ss)
                  [Entry date 06/12/00]

6/9/00    (55)    Minutes of Status Conference & Status re partial indigence
                  held on 6/9/00 before Magistrate Barry S. Seltzer as to
                  Alipio Herrera; Court Reporter Name or Tape #: 00-047 (ss)
                  [Entry date 06/12/00]

6/9/00    --      Status conference as to Alipio Herrera held (ss)
                  [Entry date 06/12/00]

6/9/00    (56)    Minutes of Status Conference held on 6/9/00 before
                  Magistrate Barry S. Seltzer as to Lidia Herrera; Court
                  Reporter Name or Tape #: 00-047 @ 251 (ss)
                  [Entry date 06/12/00]

6/9/00    --      Status conference as to Lidia Herrera held (ss)
                  [Entry date 06/12/00]

Proceedings include all events.                                               LSS
0:00cr6137-ALL USA v. Herrera                        _____ CLOSED APPEAL

| | | |
|---|---|---|
| 6/9/00 | (57) | EX-PARTE MOTION by Alipio Herrera to exceed CJA voucher costs (ss) [Entry date 06/12/00] |
| 6/9/00 | (58) | STATUS REPORT ORDER as to Jesus Jesse Vega. (Signed by Magistrate Barry S. Seltzer on 6/9/00) CCAP [EOD Date: 6/12/00]  CCAP (ss) [Entry date 06/12/00] |
| 6/9/00 | (59) | STATUS REPORT ORDER as to Lidia Herrera. (Signed by Magistrate Barry S. Seltzer on 6/9/00) CCAP [EOD Date: 6/12/00]  CCAP (ss) [Entry date 06/12/00] |
| 6/9/00 | (60) | STATUS REPORT ORDER as to Alipio Herrera. (Signed by Magistrate Barry S. Seltzer on 6/9/00) CCAP [EOD Date: 6/12/00]  CCAP (ss) [Entry date 06/12/00] |
| 6/12/00 | (61) | ORDER as to Alipio Herrera granting [57-1] ex-parte motion to exceed CJA voucher costs (Signed by William P. Dimitrouleas on 6/12/00) CCAP [EOD Date: 6/13/00] CCAP※ (ss) [Entry date 06/13/00] |
| 6/14/00 | (62) | AGREED MOTION by Alipio Herrera to continue trial date (ss) [Entry date 06/15/00] |
| 6/15/00 | (63) | MOTION by Jesus Jesse Vega for continuance of trial (ss) [Entry date 06/15/00] |
| 6/15/00 | (64) | RESPONSE to Standing Discovery Order by USA as to Alipio Herrera, Lidia Herrera, Jesus Jesse Vega (ss) [Entry date 06/16/00] |
| 6/15/00 | (65) | ORDER as to Alipio Herrera, Jesus Jesse Vega denying without prejudice [62-1] motion to continue trial date as to Alipio Herrera (1); denying without prejudice [63-1] motion for continuance of trial as to Jesus Jesse Vega (3) (Signed by Judge William P. Dimitrouleas on 6/15/00) CCAP [EOD Date: 6/16/00] CCAP※ (ss) [Entry date 06/16/00] |
| 6/23/00 | (66) | Minutes of Calendar Call/Status Conference held on 6/23/00 before Judge William P. Dimitrouleas as to Alipio Herrera, Lidia Herrera, Jesus Jesse Vega; Set Change of Plea Hearing for 1:30 6/30/00 for Lidia Herrera before Judge William P. Dimitrouleas; Calendar Call 7/14/00 at 9:00; Trial Period 7/17/00 at 9:00 (as to Alipio Herrera & Jesus Vega) Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 06/23/00] |
| 6/23/00 | -- | Status conference as to Alipio Herrera, Lidia Herrera, Jesus Jesse Vega held (ss) [Entry date 06/23/00] |
| 6/26/00 | (67) | ORDER as to Lidia Herrera granting motion to continue: Set Change of Plea Hearing for 1:30 6/30/00 for Lidia Herrera before Judge William P. Dimitrouleas, to Continue in Interest of Justice (Signed by Judge William P. Dimitrouleas on 6/26/00) CCAP [EOD 6/26/00] CCAP※ (ss) |

[Entry date 06/26/00]

| | | |
|---|---|---|
| 6/26/00 | (68) | ORDER as to Alipio Herrera, Jesus Jesse Vega granting motion to continue: Reset Jury trial for 9:00 7/17/00 for Alipio Herrera, for Jesus Jesse Vega before Judge William P. Dimitrouleas, Reset calendar call for 9:00 7/14/00 for Alipio Herrera, for Jesse Vega before Judge William P. Dimitrouleas, to Continue in Interest of Justice (Signed by Judge William P. Dimitrouleas on 6/26/00) CCAP [EOD Date: 6/26/00] CCAP❖ (ss) [Entry date 06/26/00] |
| 6/27/00 | (69) | MOTION by Jesus Jesse Vega to sever (ss) [Entry date 06/28/00] |
| 6/27/00 | (70) | ORDER as to Jesus Jesse Vega [69-1] motion to sever defer ruling for five days (Signed by Judge William P. Dimitrouleas on 6/27/00) CCAP [EOD Date: 6/28/00] CCAP❖ (ss) [Entry date 06/28/00] |
| 6/30/00 | (71) | Minutes of Change of Plea held on 6/30/00 before Judge William P. Dimitrouleas as to Lidia Herrera; GUILTY: Lidia Herrera (2) count(s) 3; Sentencing 9/8/00 at 1:30; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 06/30/00] |
| 6/30/00 | -- | Change of Plea Hearing as to Lidia Herrera held (ss) [Entry date 06/30/00] |
| 6/30/00 | (72) | NOTICE of Hearing as to Lidia Herrera: Setting Sentencing for 1:30 9/8/00 for Lidia Herrera before Judge William P. Dimitrouleas (ss) [Entry date 06/30/00] |
| 7/7/00 | (74) | ORDER as to Jesus Jesse Vega granting [69-1] motion to sever (Signed by Judge William P. Dimitrouleas on 7/7/00) CCAP [EOD Date: 7/10/00] CCAP❖ (ss) [Entry date 07/10/00] |
| 7/10/00 | (75) | MOTION by Lidia Herrera to reset sentencing (ss) [Entry date 07/11/00] |
| 7/11/00 | (76) | ORDER as to Lidia Herrera granting [75-1] motion to reset sentencing as to Lidia Herrera (2) Resetting Sentencing for 1:00 8/28/00 for Lidia Herrera before Judge William P. Dimitrouleas (Signed by Judge William P. Dimitrouleas on 7/11/00) CCAP [EOD Date: 7/12/00] CCAP❖ (ss) [Entry date 07/12/00] |
| 7/14/00 | (77) | Minutes of Calendar Call held on 7/14/00 before Judge William P. Dimitrouleas as to Alipio Herrera, Jesus Jesse Vega; Jury Selection/Trial 7/17/00 at 9:00; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 07/17/00] |
| 7/14/00 | -- | Calendar call as to Alipio Herrera, Jesus Jesse Vega held (ss) [Entry date 07/17/00] |

Proceedings include all events.                                                    LSS
0:00cr6137-ALL USA v. Herrera                              vd.l Con CLOSED APPEAL

| | | |
|---|---|---|
| 7/14/00 | 78 | MOTION by Arturo Luis Abascal for protective order re: instant subpoena (ss) [Entry date 07/17/00] |
| 7/17/00 | (79) | Minutes of Jury Selection/Trial held on 7/17/00 before Judge William P. Dimitrouleas as to Jesus Jesse Vega; Jury Trial 7/18/00 at 9:15; Court Reporter Name or Tape #: Anita LaRocca (ss) [Entry date 07/18/00] |
| 7/17/00 | -- | Voir dire begun as to Jesus Jesse Vega (3) count(s) 1, 2 (ss) [Entry date 07/18/00] |
| 7/17/00 | -- | Jury trial as to Jesus Jesse Vega held (ss) [Entry date 07/18/00] |
| 7/17/00 | (80) | Minutes of Jury Selection/Trial held on 7/17/00 before Judge William P. Dimitrouleas as to Alipio Herrera; Jury Trial 7/18/00 at 9:15; Court Reporter Name or Tape #: Anita LaRocca (ss) [Entry date 07/18/00] |
| 7/17/00 | -- | Voir dire begun as to Alipio Herrera (1) count(s) 1, 2 (ss) [Entry date 07/18/00] |
| 7/17/00 | -- | Jury trial as to Alipio Herrera held (ss) [Entry date 07/18/00] |
| 7/17/00 | (81) | ORDER as to Alipio Herrera granting [78-1] motion for protective order re: instant subpoena as to Arturo Luis Abascal (Signed by Judge William P. Dimitrouleas on 7/17/00) CCAP [EOD Date: 7/18/00] CCAP※ (ss) [Entry date 07/18/00] |
| 7/18/00 | (82) | Minutes of Jury Trial-Day 2 held on 7/18/00 before Judge William P. Dimitrouleas as to Jesus Jesse Vega; Jury Trial 7/19/00 at 9:00; Court Reporter Name or Tape #: Anita LaRocca (ss) [Entry date 07/20/00] |
| 7/18/00 | -- | Jury trial as to Jesus Jesse Vega held (ss) [Entry date 07/20/00] |
| 7/18/00 | (83) | Minutes of Jury Trial-Day 2 held on 7/18/00 before Judge William P. Dimitrouleas as to Alipio Herrera; Jury Trial 7/19/00 at 9:00; Court Reporter Name or Tape #: Anita LaRocca (ss) [Entry date 07/20/00] |
| 7/18/00 | -- | Jury trial as to Alipio Herrera held (ss) [Entry date 07/20/00] |
| 7/19/00 | (84) | Minutes of Jury Trial-Day 3 held on 7/19/00 before Judge William P. Dimitrouleas as to Jesus Jesse Vega; Jury Trial 7/20/00 at 11:30; Court Reporter Name or Tape #: Anita LaRocca (ss) [Entry date 07/21/00] |
| 7/19/00 | -- | Jury trial as to Jesus Jesse Vega held (ss) [Entry date 07/21/00] |

vol. 1 Cont.

| 7/19/00 | (85) | Minutes of Jury Trial-Day 3 held on 7/19/00 before Judge William P. Dimitrouleas as to Alipio Herrera; Jury Trial 7/20/00 at 9:30; Court Reporter Name or Tape #: Anita LaRocca (ss) [Entry date 07/21/00] |
|---------|------|---|
| 7/19/00 | -- | Jury trial as to Alipio Herrera held (ss) [Entry date 07/21/00] |
| 7/20/00 | (86) | Minutes of Jury Trial-Day 4 held on 7/20/00 before Judge William P. Dimitrouleas as to Jesus Jesse Vega; Jury Deliberation 9/21/00 at 8:15; Court Reporter Name or Tape #: Anita LaRocca (ss) [Entry date 07/21/00] |
| 7/20/00 | -- | Jury trial as to Jesus Jesse Vega held (ss) [Entry date 07/21/00] |
| 7/20/00 | (87) | Minutes of Jury Trial-Day 4 held on 7/20/00 before Judge William P. Dimitrouleas as to Alipio Herrera; Sentencing 9/29/00 at 11:00; Court Reporter Name or Tape #: Anita LaRocca (ss) [Entry date 07/21/00] |
| 7/20/00 | (88) | JURY VERDICT as to Alipio Herrera Guilty: Alipio Herrera (1) count(s) 1, 2 (ss) [Entry date 07/21/00] |
| 7/20/00 | (89) | NOTICE of Hearing as to Alipio Herrera: Setting Sentencing for 11:00 9/29/00 for Alipio Herrera before Judge William P. Dimitrouleas (ss) [Entry date 07/21/00] |
| 7/20/00 | (90) | Release of exhibits as to Alipio Herrera Released to: David Tarlow (ss) [Entry date 07/21/00] |
| 7/21/00 | (91) | Court's Jury instructions as to Jesus Jesse Vega (ss) [Entry date 07/24/00] |
| 7/21/00 | (92) | Minutes of Jury Deliberation held on 7/21/00 before Judge William P. Dimitrouleas as to Jesus Jesse Vega; Sentencing 9/29/00 at 11:30; Court Reporter Name or Tape #: Anita LaRocca (ss) [Entry date 07/24/00] |
| 7/21/00 | -- | Jury trial as to Jesus Jesse Vega held (ss) [Entry date 07/24/00] |
| 7/21/00 | (93) | Exhibit and Witness List as to Jesus Jesse Vega (ss) [Entry date 07/24/00] |
| 7/21/00 | (94) | Exhibit and Witness List as to Alipio Herrera (ss) [Entry date 07/24/00] |
| 7/21/00 | (95) | Exhibit list by USA as to Alipio Herrera, Jesus Jesse Vega (ss) [Entry date 07/24/00] |
| 7/21/00 | (96) | Jury notes and Court's answers as to Alipio Herrera, Jesus Jesse Vega (ss) [Entry date 07/24/00] |

Proceedings include all events.                                    LSS
0:00cr6137-ALL USA v. Herrera                                CLOSED APPEAL

                                                    Vd. l Coro.

| 7/21/00 | (97) | JURY VERDICT as to Jesus Jesse Vega Guilty: Jesus Jesse Vega (3) count(s) 1, 2 (ss) [Entry date 07/24/00] |
|---------|------|---|
| 7/21/00 | (98) | Release of exhibits as to Alipio Herrera, Jesus Jesse Vega Released to: Theresa M.B. Van Vliet (ss) [Entry date 07/24/00] |
| 7/21/00 | (99) | NOTICE of Hearing as to Jesus Jesse Vega: Setting Sentencing for 11:30 9/29/00 for Jesus Jesse Vega before Judge William P. Dimitrouleas (ss) [Entry date 07/24/00] |
| 7/26/00 | (100) | MOTION by Jesus Jesse Vega for new trial (ss) [Entry date 07/26/00] |
| 7/27/00 | (101) | AGREED MOTION by Alipio Herrera for release of bond (ss) [Entry date 07/28/00] |
| 7/28/00 | (102) | ORDER as to Alipio Herrera granting [101-1] motion for release of bond as to Alipio Herrera (1) (Signed by Judge William P. Dimitrouleas on 7/28/00) CCAP [EOD Date: 7/28/00] CCAP※ (ss) [Entry date 07/28/00] |
| 7/28/00 | (103) | ORDER as to Jesus Jesse Vega denying [100-1] motion for new trial (Signed by Judge William P. Dimitrouleas on 7/28/00) CCAP [EOD Date: 7/28/00] CCAP※ (ss) [Entry date 07/28/00] |
| 8/4/00 | (104) | AGREED AMENDED MOTION by Alipio Herrera for release of bond (ss) [Entry date 08/07/00] |
| 8/7/00 | (105) | ORDER as to Alipio Herrera granting [104-1] amended motion for release of bond as to Alipio Herrera (1) (Signed by Judge William P. Dimitrouleas on 8/7/00) CCAP [EOD Date: 8/7/00] CCAP※ (ss) [Entry date 08/07/00] |
| 8/21/00 | (106) | MOTION by Jesus Jesse Vega for disbursement of bond (ss) [Entry date 08/22/00] |
| 8/21/00 | (106) | ORDER as to Jesus Jesse Vega granting [106-1] motion for disbursement of bond as to Jesus Jesse Vega (3) (Signed by Judge William P. Dimitrouleas on 8/21/00) CCAP [EOD Date: 8/22/00] CCAP※ (ss) [Entry date 08/22/00] |
| 8/25/00 | 107 | OBJECTIONS by Lidia Herrera to Presentence Investigation Report (ss) [Entry date 08/25/00] |
| 8/25/00 | 108 | AMENDMENT by Lidia Herrera to: [107-1] objections (ss) [Entry date 08/28/00] |
| 8/28/00 | 109 | Minutes of Sentencing held on 8/28/00 before Judge William P. Dimitrouleas as to Lidia Herrera; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 08/29/00] |
| 8/28/00 | -- | Sentencing held Lidia Herrera (2) count(s) 3 (ss) |

Proceedings include all events.                                    LSS
0:00cr6137-ALL USA v. Herrera                               CLOSED APPEAL

[Entry date 08/30/00]

| 8/29/00 | 110 | JUDGMENT as to Lidia Herrera (2) count(s) 3. Imprisonment 5 months; Supervised Release 12 months; Assessment $100.00 (Signed by Judge William P. Dimitrouleas on 8/29/00) CCAP [EOD Date: 8/30/00] CCAP (ss) [Entry date 08/30/00] |
|---|---|---|
| 9/8/00 | 111 | OBJECTIONS by Jesus Jesse Vega to Presentence Investigation Report (ss) [Entry date 09/11/00] |
| 9/11/00 | 112 | NOTICE of filing character reference by Alipio Herrera (ss) [Entry date 09/12/00] |
| 9/11/00 | 113 | POSITION with respect to sentencing factors by Alipio Herrera (ss) [Entry date 09/12/00] |
| 9/11/00 | 113 | OBJECTIONS by Alipio Herrera to Presentence Investigation Report (ss) [Entry date 09/12/00] |
| 9/15/00 | 114 | AMENDMENT by Alipio Herrera to: [113-1] position re: sentencing factor, [113-1] objections (ss) [Entry date 09/18/00] |
| 9/27/00 | 115 | Judgment Returned Executed as to Lidia Herrera on 9/20/00 at Federal Correctional Center, Coleman, FL (ss) [Entry date 09/27/00] |
| 9/29/00 | 116 | Minutes of Sentencing held on 9/29/00 before Judge William P. Dimitrouleas as to Jesus Jesse Vega; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 10/02/00] |
| 9/29/00 | 117 | Minutes of Sentencing held on 9/29/00 before Judge William P. Dimitrouleas as to Alipio Herrera; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 10/02/00] |
| 9/29/00 | -- | Sentencing held Alipio Herrera (1) count(s) 1, 2 (ss) [Entry date 10/02/00] |
| 9/29/00 | 118 | JUDGMENT as to Alipio Herrera (1) count(s) 1, 2. Imprisonment 72 months to run concurrent; Supervised Release 36 months to run concurrent; Assessment $200.00 (Signed by Judge William P. Dimitrouleas on 9/29/00) CCAP [EOD Date: 10/2/00] CCAP (ss) [Entry date 10/02/00] |
| 9/29/00 | -- | Sentencing held Jesus Jesse Vega (3) count(s) 1, 2 (ss) [Entry date 10/03/00] |
| 9/29/00 | 120 | JUDGMENT as to Jesus Jesse Vega (3) count(s) 1, 2. Imprisonment 84 months to run concurrent; Supervised Release 36 months to run concurrent; Assessment $200.00; Fine $12,500.00 (Signed by Judge William P. Dimitrouleas on 9/29/00) CCAP [EOD Date: 10/3/00] CCAP (ss) [Entry date 10/03/00] |

Proceedings include all events.                                          LSS
0:00cr6137-ALL USA v. Herrera                        ｖｄ. ｜ ｃｏｎ CLOSED APPEAL

10/2/00  (119)    NOTICE OF APPEAL by Alipio Herrera re: [118-1] judgment
                  order .  EOD Date: 10/2/00; Alipio Herrera (1) count(s) 1,
                  2;  Filing Fee: $ NO FEE REQUIRED - CJA; Copies to USCA,
                  AUSA, USM, USPO and Counsel of Record. (gf)
                  [Entry date 10/02/00]

10/2/00  --       Certified copies of Notice of Appeal, Docket and Order
                  under appeal to USCA: as to Alipio Herrera [119-1] appeal
                  (gf) [Entry date 10/02/00]

10/4/00  (121)    NOTICE of Appearance for Jesus Jesse Vega by Attorney
                  Thomas Franklin Almon Jr. (ss) [Entry date 10/04/00]

10/4/00  (122)    NOTICE OF APPEAL by Jesus Jesse Vega re: [120-1] judgment
                  order .  EOD Date: 10/3/00; Jesus Jesse Vega (3) count(s)
                  1, 2;  Filing Fee: $ 105.00 Receipt #: 520610; Copies to
                  USCA, AUSA, USM, USPO and Counsel of Record. (gf)
                  [Entry date 10/04/00]

10/4/00  --       Certified copies of Notice of Appeal, Docket and Order
                  under appeal to USCA: as to Jesus Jesse Vega [122-1] appeal
                  (gf) [Entry date 10/04/00]

10/5/00  (123)    Release of exhibits as to Jesus Jesse Vega, Lidia Herrera,
                  Alipio Herrera Released to: Ricky Vidarte (ss)
                  [Entry date 10/05/00]

10/10/00 --       NOTICE of Receipt of Transmittal Letter from USCA as to
                  Alipio Herrera  Re: [119-1] appeal  USCA Number: 00-15187-C
                  (dl) [Entry date 10/11/00]

10/11/00 (124)    TRANSCRIPT INFORMATION FORM as to Alipio Herrera  re:
                  [119-1] appeal received. (Forwarded to Court Reporter
                  Coordinator) (gf) [Entry date 10/12/00]

10/13/00 --       NOTICE of Receipt of Transmittal Letter from USCA as to
                  Jesus Jesse Vega  Re: [122-1] appeal  USCA Number:
                  00-15187-C (dl) [Entry date 10/17/00]

10/20/00 (125)    TRANSCRIPT INFORMATION FORM as to Jesus Jesse Vega  re:
                  [122-1] appeal received. (Forwarded to Court Reporter
                  Coordinator) (gf) [Entry date 10/23/00]

10/24/00 (126)    Appeal Information Sheet as to Alipio Herrera  re: [119-1]
                  appeal Transcript due 11/20/00 for Alipio Herrera (gf)
                  [Entry date 10/31/00]

10/27/00 (127)    APPEAL INFORMATION SHEET as to Jesus Jesse Vega re: [122-1]
                  appeal ; Transcript ordered. No financial arrangements made
                  with Court Reporter. (gf) [Entry date 10/31/00]

10/31/00 (128)    Appeal Information Sheet as to Jesus Jesse Vega  re:
                  [122-1] appeal Transcript due 11/26/00 for Jesus Jesse Vega
                  as to Anita LaRocca, Court Reporter. (gf)

Proceedings include all events.                                        LSS
0:00cr6137-ALL USA v. Herrera                              CLOSED APPEAL

                    [Entry date 11/03/00]

11/1/00   (129)    Appeal Information Sheet as to Jesus Jesse Vega  re:
                   [122-1] appeal Transcript due 11/30/00 for Jesus Jesse Vega
                   as to Robert Ryckoff, Court Reporter. (gf)
                   [Entry date 11/03/00]

11/22/00  130      TRANSCRIPT filed as to Jesus Jesse Vega  of Sentence held
                   9/29/00  before Judge William P. Dimitrouleas  Volume #: 1
                   Pages: 1-17  re: [122-1] appeal . Appeal record due on
                   12/7/00 for Jesus Jesse Vega (gf) [Entry date 11/28/00]

12/1/00   (131)    NOTICE of Reassignment of US Attorney. Terminated attorney
                   Theresa Mary Bail Van Vliet for USA Added Donald Chase (ss)
                   [Entry date 12/04/00]

12/19/00  132      TRANSCRIPT filed as to Alipio Herrera, Jesus Jesse Vega  of
                   Jury Trial held 7/17/00  before Judge William P.
                   Dimitrouleas  Volume #: 1  Pages: 1-103  re: [122-1]
                   appeal, [119-1] appeal . Appeal record due on 1/3/01 for
                   Alipio Herrera, for Jesus Jesse Vega (gf)
                   [Entry date 12/20/00]

12/19/00  133      TRANSCRIPT filed as to Alipio Herrera, Jesus Jesse Vega  of
                   Jury Trial held 7/18/00  before Judge William P.
                   Dimitrouleas  Volume #: 2  Pages: 104-360  re: [122-1]
                   appeal, [119-1] appeal . Appeal record due on 1/3/01 for
                   Alipio Herrera, for Jesus Jesse Vega (gf)
                   [Entry date 12/20/00]

12/19/00  134      TRANSCRIPT filed as to Alipio Herrera, Jesus Jesse Vega  of
                   Jury Trial held 7/19/00  before Judge William P.
                   Dimitrouleas  Volume #: 3  Pages: 361-637  re: [122-1]
                   appeal, [119-1] appeal . Appeal record due on 1/3/01 for
                   Alipio Herrera, for Jesus Jesse Vega (gf)
                   [Entry date 12/20/00]

12/19/00  135      TRANSCRIPT filed as to Alipio Herrera  of Jury Trial held
                   7/20/00  before Judge William P. Dimitrouleas  Volume #: 4
                   Pages: 638-757  re: [119-1] appeal . Appeal record due on
                   1/3/01 for Alipio Herrera (gf) [Entry date 12/20/00]

12/19/00  136      TRANSCRIPT filed as to Jesus Jesse Vega  of Jury Trial held
                   7/21/00  before Judge William P. Dimitrouleas  Volume #: 5
                   Pages: 758-765  re: [122-1] appeal . Appeal record due on
                   1/3/01 for Jesus Jesse Vega (gf) [Entry date 12/20/00]

12/22/00 (137)     Appeal Information Sheet as to Alipio Herrera  re: [119-1]
                   appeal Transcript filed on 12/19/00 for Alipio Herrera (gf)
                   [Entry date 12/27/00]

12/22/00 (138)     Appeal Information Sheet as to Jesus Jesse Vega  re:
                   [122-1] appeal Transcript filed on 12/19/00 for Jesus Jesse
                   Vega (gf) [Entry date 12/27/00]

Proceedings include all events.                                           LSS
0:00cr6137-ALL USA v. Herrera                              CLOSED APPEAL

Vol. 1 Cont

| 1/4/01 | (139) | Certificate of readiness transmitted to USCA as to Alipio Herrera, Jesus Jesse Vega  re: [122-1] appeal  by Jesus Jesse Vega, [119-1] appeal  by Alipio Herrera  USCA # 00-15187-C (dl) [Entry date 01/04/01] |

End. Vol. 1