| CJA 24 (REV. 7/95) | AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT | | VOUCHER NO. FLST2000671 |
|---|---|---|---|
| 1. JURISDICTION | 1 ☐ MAG. JUDGE  2 ☐ DISTRICT  3 ☒ APPEALS  4 ☐ OTHER | 2. MAG. JUDGE DOCKET NO. | PAID BY MKe - 12/06/00 |
| 3. DISTRICT DOCKETING NO. 00-6137-CR-WPD | 4. APPEALS DOCKET NO. 01 | 5. FOR (DISTRICT/CIRCUIT) | ACCTG. CLASS. NOS. |
| 6. IN THE CASE OF | U.S. vs. Alipio Hererra | | |
| 7. PERSON REPRESENTED Defendant/Appellant | | 8. LOCATION/ORGANIZATION CODE | DATE PAID 1/2/01 PN |

9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (DESCRIBE BRIEFLY)
Appeal

10. PROCEEDINGS TO BE TRANSCRIBED (DESCRIBE SPECIFICALLY)
NOTE: Trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Box 13C).
Complete trial

FILED by M D.C.
CT. REP.
JAN 12 2001

11. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

[signature] David Tarlow 10/5/00
SIGNATURE OF ATTORNEY    DATE
DAVID TARLOW    (305) 374-7700
PRINTED NAME OF ATTORNEY    PHONE NUMBER
1 ☐ FPD   2 ☐ CDO   3 ☒ PANEL ATTORNEY
4 ☐ RETAINED ATTORNEY   5 ☐ PRO SE

12. COURT ORDER
Financial inability of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

[signature]
SIGNATURE OF PRESIDING JUDICIAL OFFICER
10/12/00
DATE

13. SPECIAL AUTHORIZATIONS | 14. JUDGE'S INITIALS
---|---
A. Apportion     % of transcript with | 14. A.
B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript | 14. B.
C. ☒ Prosecution Opening Statement ☒ Prosecution Argument ☒ Prosecution Rebuttal ☒ Defense Opening Statement ☒ Defense Argument ☒ Voir Dire ☒ Jury Instructions | 14. C.
D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under Criminal Justice Act. | 14. D.

**CLAIM FOR SERVICES**

| 15. COURT REPORTER/TRANSCRIBER STATUS ☒ Official ☐ Contract ☐ Transcriber ☐ Other | 18. PAYEE'S ADDRESS (INCLUDE CITY, STATE AND ZIP CODE) 299 E. Broward Blvd. #205-D Fort Lauderdale, Florida 33301 |
|---|---|
| 16. FULL NAME OF PAYEE ANITA LaROCCA | |
| 17. SOCIAL SECURITY OR EMPLOYER ID. NO. OF PAYEE 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 | 19. TELEPHONE NO. AREA CODE (954) NUMBER 769-5568 |

| 20. TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | 637-689 | 52 | $3.00 | $156.00 | $ | $156.00 |
| B. Copy | 1 - 637 | 637 | $.75 | $477.75 | $ | $477.75 |
| C. Expenses (Itemize): | filed 12/19/00 | | | | | $ |

21. CLAIMANT'S CERTIFICATION
I hereby certify that the above claim is correct and that I have not claimed or received payment from any other source for the services rendered and claimed on this voucher.

[signature] Anita LaRocca  12/16/00
CLAIMANT'S CERTIFICATION    DATE

22. CERTIFICATION OF ATTORNEY OR CLERK
I hereby certify that the transcript was received.

[signature] Myrna McKinney  12/22/00
SIGNATURE OF ATTORNEY/CLERK OF COURT    DATE

23. TOTAL CLAIMED
$ 633.75

24. APPROVED FOR PAYMENT
[signature]
SIGNATURE OF PRESIDING JUDICIAL OFFICER    12/20/00
DATE

25. AMT. APPROVED
$ 633.75

ORIGINAL-TO BE MAILED TO ADMINISTRATIVE OFFICE AFTER DISBURSEMENT