DEFENDANT:     **ALIPIO HERRERA**
CASE NUMBER:   **0:00CR06137-001** WPD

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __72__ **month(s)** .

**72 months imprisonment on Counts 1 and 2 to run concurrent.**

☒ The court makes the following recommendations to the Bureau of Prisons:

**That the defendant receive any credit for time served on this case and that he be designated to MCI, Miami, Florida.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ a.m./p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on __12-8-00__ to __FCI, LORETTO PA__

at _____, with a certified copy of this judgment.

_____BOP BUS_____
UNITED STATES MARSHAL

By _Vogatiky, LTC_
Deputy U.S. Marshal