UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ALIPIO HERRERA,   Case No. 02-61043-CIV-DIMITROULEAS
                                   (00-6137-CR-DIMITROULEAS)
    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

FILED by _____ D.C.

AUG 01 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER

This Cause having been heard upon Petitioner's (Herrera) unsworn July 22, 2002 Motion to Vacate [DE-1] and there being no oath as required by Rule 2(b) of the Rules Governing §2255; <u>Mederos v. U.S.</u>, 218 F. 3d 1252, 1253 (11th Cir. 2000); <u>U.S. v. Labonte</u>, 70 F. 3d 1396, 1413 (1st Cir. 1995) *rev'd on other grounds*, 117 S. Ct. 1673 (1997), Petitioner must file an amended sworn petition or the attached Verification of Petition For Writ of Habeas Corpus by August 20, 2002. The failure to do so will result in the dismissal of this petition.

DONE and ORDERED at Ft. Lauderdale, Broward County, Florida this ___ day of August, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Donald Chase, AUSA

Alipio Herrera #55258-004
FCI - Loretto
P.O. Box 1000
Loretto, PA 15940



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ALIPIO HERRERA,  Case No. 02-61043-CIV-DIMITROULEAS
 (00-6137-CR-DIMITROULEAS)
    Petitioner,

v.  **VERIFICATION OF PETITION
FOR WRIT OF HABEAS CORPUS**

UNITED STATES OF AMERICA,

    Respondent.
_____/

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the petition for writ of habeas corpus which was filed by the Clerk on July 29, 2002, in the United States District Court for the Southern District of Florida, and which I failed to verify, is true and correct.

Dated:_____

                                                      _____
                                                      ALIPIO HERRERA

Copies furnished to:

Hon. William P. Dimitrouleas
299 E. Broward Blvd., #203
Ft. Lauderdale, FL 33301

Donald Chase, AUSA