UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ALIPIO HERRERA,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

CASE NO.   02-61043-CIV-DIMITROULEAS
(00-6137-CR-DIMITROULEAS)



FILED by _____ D.C.

AUG 12 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER REQUESTING GOVERNMENT RESPONSE

THIS CAUSE having been heard upon Petitioner's (Herrera) unsworn July 22, 2002

Motion To Vacate [DE-1] and the Court noting no oath as required by Rule 2(b) of the Rules

Governing § 2255; <u>Mederos v. U.S.</u>, 218 F. 3d 1252, 1253 (11th Cir. 2000); <u>U.S. v. Labonte</u>, 70

F. 3d 1396, 1413 (1st Cir. 1995) <u>*rev'd on other grounds*</u>, 117 S. Ct. 1673 (1997), and the Court

having ordered Petitioner file an amended sworn petition or a Verification of Petition For Writ of

Habeas Corpus by August 20, 2002, and Petitioner having now complied with that Order, the

Government is ordered to file a response to the Petition on or before August 27, 2002.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

12 day of August, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

